AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-611-DPM

**PROOF OF SERVICE**

*(This section should not be filed with the court unless*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company who is
designated by law to accept service of process on behalf of *(name of organization)* Alibaba Groups
Holding Limited on *(date)* 6/30/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/30/26 _____

_____
Server's signature

Bradley Burchfield
Printed name and title

5420 Kavanaugh Blvd # 7927
Little Rock, AR 72217
Server's address

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 3 0 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $5.30
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $12.90
$
Total Postage and Fees
$
Sent To Alibaba Groups Hld Limited
Street and Apt. No., or PO Box No. CSC 19 W 44th St. Suite 200
City, State, ZIP+4® New York, NY 10036

Postmark Here
JUN 22 2026

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROUG...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 958907105270410158026 0

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:16 pm on June 29, 2026 in NEW YORK, NY 10036.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10036
June 29, 2026 3:16 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

**See Less ∧**