RECEIVED US [illegible] COURT EASTERN [illegible] ARKANSAS

2026 JUL -8 A 10:00

TAMMY H. DOWNS

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 08 2026

TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

BRADLEY BURCHFIELD, individually and as the direct purchaser/beneficial owner of the subject claim,

Plaintiff,

v.

ALIBABA GROUP HOLDING LIMITED, ET AL;

Defendants.

Case No. 4:26-cv-00611-DPM

JURY TRIAL DEMANDED

## AFFIDAVIT OF SERVICE

COMES NOW THE PLAINTIFF, for an affidavit of service for the original complaint on Alibaba Group Holding Limited by and through their registered agent. Attached hereto this affidavit is the green card returned by the United States Postal Service.

Respectfully Submitted,

Bradley Burchfield 7/6/26

Bradley Burchfield
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
479-223-0038
burchfieldbradley123@gmail.com

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alibaba Group Holding Limited
c/o CSC
19 W. 44th St. Suite 200
New York, NY 10036

9590 9402 9891 5335 0166 60

2. Article Number (Transfer from service label)

9589 0710 5270 4101 5802 60

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
6/29

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
…sured Mail
…sured Mail Restricted Delivery
…ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

NORTH TEXAS TX 750
29 JUN 2026 PM 3 L

9590 9402 9891 5335 0166 60

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Bradley Burchfield
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217

-703399