**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| BRADLEY BURCHFIELD, *et al.*,<br><br>   Plaintiff,<br><br>   v.<br><br>ALIBABA.COM SINGAPORE E-COMMERCE PRIVATED LIMITED, *et al.*,<br><br>   Defendants. | No. 4:26-cv-00611-DPM |

**DEFENDANT ALIBABA GROUP HOLDING LIMITED'S AND**
**DEFENDANT ALIBABA.COM US E-COMMERCE CORP.'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(1), Rule 12(b)(2), Rule 12(b)(5), and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Alibaba Group Holding Limited ("AGHL") and Alibaba.com US E-Commerce Corp. (collectively, the "Moving Defendants") file this motion to dismiss. For the reasons stated in more detail in the accompanying Brief in Support, the Court should: (a) dismiss this lawsuit for lack of subject-matter jurisdiction; (b) dismiss all claims asserted against the Moving Defendants for lack of personal jurisdiction; or (c) dismiss the claims asserted against AGHL for insufficient service of process. In the alternative, if the Court declines to issue those dismissal rulings based on lack of subject-matter jurisdiction or lack of personal jurisdiction, the Court should dismiss the Moving Defendants from this lawsuit by dismissing the RICO claims asserted against them for failure to state a claim upon which relief can be granted and declining to exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3).

2

Dated: July 20, 2026

Respectfully submitted,

BALANCE LAW FIRM

By: *B. Robert Liu*

B. Robert Liu, Esq. (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, I electronically filed the foregoing Moving Defendants' Motion to Dismiss, Memorandum in Support, Declarations, and Exhibits with the Clerk of the Court using the CM/ECF system. I further certify that because Plaintiff is proceeding pro se and is not a registered CM/ECF participant, I served a true and correct copy of the aforementioned documents via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield

5420 Kavanaugh Blvd #7927

Little Rock, AR 72217

Dated: July 20, 2026

Respectfully submitted,

BALANCE LAW FIRM

By: *B. Robert Liu*

B. Robert Liu, Esq. (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited and Alibaba.com US E-Commerce Corp.*

3