FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 23 2026

TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

BRADLEY BURCHFIELD, individually and as the direct purchaser/beneficial owner of the subject claim,

Plaintiff,

v.

ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, et al.,

Defendants.

Case No. 4:26-cv-00611-DPM

JURY TRIAL DEMANDED

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE ALIBABA GROUP HOLDING LIMITED BY COURT-ORDERED ALTERNATIVE SERVICE THROUGH APPEARING COUNSEL**
**FED. R. CIV. P. 4(H)(2) AND 4(F)(3)**

Plaintiff moves for an order authorizing service of the summons, operative First Amended Complaint (ECF No. 11), its exhibits, and the Court's orders on foreign defendant Alibaba Group Holding Limited ("AGHL") through AGHL's appearing U.S. counsel, B. Robert Liu of Balance Law Firm, by email and first-class mail. Counsel's appearance alone is not treated as consent to accept service; this motion requests an express court order.

**1.** AGHL is alleged and declared to be a Cayman Islands company with its principal place of business in China. ECF No. 17-7 ¶¶ 4–5.

**2.** Plaintiff attempted service through CSC. AGHL disputes CSC's authority to accept this action and has moved under Rule 12(b)(5). ECF No. 17 at 20–21.

**3.** On July 20, 2026, B. Robert Liu entered an appearance specifically for AGHL and Alibaba.com US E-Commerce Corp. ECF No. 15. The same day, counsel filed AGHL's motion, detailed brief, and declaration, demonstrating actual notice and an active communication channel with AGHL. ECF Nos. 16, 17, and 17-7.

**4.** The motion acknowledges the First Amended Complaint but says it had not been served on Moving Defendants. ECF No. 17 at 1 n.1. Plaintiff seeks an efficient, indisputable method to transmit that operative pleading.

**5.** Service through counsel in New York by email and mail is reasonably calculated to give AGHL notice and avoids any assertion that counsel's voluntary appearance by itself waived service.

Plaintiff asks the Court to authorize service on AGHL by sending the summons and ECF No. 11 with exhibits and relevant orders to robert.liu@balancelawfirm.com and by first-class mail to B. Robert Liu, Balance Law Firm, 1 World Trade Center, Suite 8500, New York, NY 10007; deem service complete upon confirmed email transmission and mailing; permit Plaintiff to file a declaration and mailing proof; and grant any further just relief. The requested order is limited to AGHL. It does not authorize service through Mr. Liu on any foreign defendant for whom he has not appeared or expressly agreed to accept service.

Respectfully submitted,
Bradley Burchfield
**/s/ Bradley Burchfield**
Bradley Burchfield, Plaintiff Pro Se
5420 Kavanaugh Blvd #7927
Little Rock, Arkansas 72217
Telephone: 479-223-0038
Email: burchfieldbradley123@gmail.com
Dated: 7/23/26, 2026

**CERTIFICATE OF SERVICE**

I certify that on the date written below I served a true and correct copy of the foregoing by depositing it in the United States mail, first-class postage prepaid, addressed to counsel of record as follows, and by courtesy email to the address shown:

B. Robert Liu, Esq.
Balance Law Firm
1 World Trade Center, Suite 8500
New York, New York 10007
robert.liu@balancelawfirm.com

Date of service: 7/23/26, 2026

**/s/ Bradley Burchfield**
Bradley Burchfield, Plaintiff Pro Se