**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00611-DPM |

**FOUR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to Rule 12(b)(1), Rule 12(b)(2), and Rule 12(b)(6) of the Federal Rules of Civil Procedure, four defendants—Alibaba Group Holding Limited ("AGHL"), Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, and Defendant AUS Merchant Services, Inc. ("AUS") (collectively, the "Moving Defendants")—file this motion to dismiss Plaintiff's First Amended Complaint. For the reasons stated in more detail in the accompanying Brief in Support, the Court should: (a) dismiss this lawsuit for lack of subject-matter jurisdiction; or (b) dismiss all claims asserted against the Moving Defendants for lack of personal jurisdiction. In the alternative, if the Court declines to issue those dismissal rulings, the Court should dismiss the Moving Defendants from this lawsuit by dismissing the RICO claims asserted against them for failure to state a claim upon which relief can be granted and declining to exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3).

Dated: August 5, 2026

Respectfully submitted,

McDANIEL WOLFF, PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
McDaniel Wolff, PLLC
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited, Alibaba.com US E-Commerce Corp., Alibaba.com U.S. LLC, and AUS Merchant Services, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing Motion to Dismiss First Amended Complaint, Brief in Support, Declarations, and other Exhibits with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the aforementioned documents via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217

Dated: August 5, 2026

/s/ Brittany D. Webb
Brittany D. Webb, Ark. Bar No. 2023139