**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

BRADLEY BURCHFIELD,

      Plaintiff,

      v.

ALIBABA.COM SINGAPORE E-
COMMERCE PRIVATE LIMITED, *et al.*,

      Defendants.

No. 4:26-cv-00611-DPM

**FOUR DEFENDANTS' BRIEF IN SUPPORT OF
<u>MOTION TO DISMISS FIRST AMENDED COMPLAINT</u>**


# EXHIBIT 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 2 4 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

BRADLEY C. BURCHFIELD,

   *Plaintiff,*

v.                                           No. 4:22-cv-00861-LPR

ALIBABA.COM LLC, *et al.*

   *Defendants.*

## STIPULATION OF DISMISSAL

WHEREAS this lawsuit was filed on September 19, 2022;

WHEREAS the Plaintiff desires to voluntarily dismiss the lawsuit against all Defendants

with prejudice;

WHEREAS Defendants Alibaba.com U.S. LLC[2] and Alibaba Group (U.S.) Inc. expressly

deny the Plaintiff's allegations and do not waive their objections to personal jurisdiction and venue,

but concur with the Plaintiff that dismissal is appropriate because no viable claim exists;

WHEREAS for the avoidance of doubt, no compensation in any form has passed directly

or indirectly to the Plaintiff and no promise, understanding, or agreement to give any such

compensation has been made;

NOW, THEREFORE, upon consent of the parties, IT IS HEREBY STIPULATED AND

AGREED that this Action is dismissed against all Defendants with prejudice.

---

[2] The Plaintiff named as a defendant "Alibaba.com LLC," which is a nonexistent entity. This
stipulation is submitted on behalf of Alibaba.com U.S. LLC based on the assumption that is the
entity the Plaintiff intended to sue.

Dated: February 24, 2023        **BRADLEY C. BURCHFIELD**

By:     _(signature)_

Bradley C. Burchfield

*Plaintiff*   3201 W. Pullen St.
Pine Bluff, AR 71601
479-223-0058
burchfieldbradley123@icloud.com

**RMP, LLP**

By:     _(signature)_

Lisa M. Geary (2020102)
Timothy C. Hutchinson (2000030)
RMP, LLP
5519 Hackett St., Suite 300
Springdale, AR 72762
lgeary@rmp.law
thutchinson@rmp.law
(479) 443-2705

*Counsel for Defendants Alibaba.com U.S. LLC and*
*Alibaba Group (U.S.) Inc.*

2