**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

BRADLEY BURCHFIELD,

      Plaintiff,

      v.

ALIBABA.COM SINGAPORE E-
COMMERCE PRIVATE LIMITED, *et al.*,

      Defendants.

No. 4:26-cv-00611-DPM

**FOUR DEFENDANTS' BRIEF IN SUPPORT OF
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS

BRADLEY C. BURCHFIELD

VS.                        Case No. 4:22-cv-00193-DPM

Alibaba Group, Jack Ma,
JP MORGAN CHASE BANK,
Amazon, Blackrock (Investors),
Casey Zhao (Alibaba), John Doe (Mexican),
John Doe II, Erica Wang, Sweety
Yin, All Alibaba Investors (10% holder)
Drug Enforcement Agency

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 28 2022
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

RESPONDENT

This case assigned to District Judge ___Marshall___
and to Magistrate Judge ___Kearney___

## CIVIL "RICO" COMPLAINT

Comes now the Petitioner, Bradley C. Burchfield, and for a CIVIL "RICO" COMPLAINT under 18 U.S.C. §§1961-1968 Racketeer Influenced And Corrupt Organizations Statutes. In support of this complaint the Petitioner states:

The Petitioner served or caused to be served a 42 U.S.C. §1985 complaint to the Alibaba Group headquarters, See 6:20-cv-6150, at 400 Camino Real, San Mateo, CALIFORNIA; in January 2021. In February 2021, Alibaba Group announced it would no longer sell methamphetamine (isopropylbenzylamine), Chemical CAS #102-97-6 on the groups electronic Platform after April 2021. They committed Securities Fraud.

That same month, February 2021, Alibaba Group (BABA) stock price fell in half, See 18 U.S.C. §1963(m)(1-5), when it's investors such as JP Morgan Chase Bank (busted with a billion dollars in cocaine on a boat owned by the bank), Amazon, and Blackrock withdrew their investments. The owner, Jack Ma was at that time valued at $50 Billion dollars.

In December 2021, while at home with my fiance Staci McGrew (Her father is an Arkansas State Representative) received a death threat from an unknown Mexican (John Doe) referring to Casey Zhao, a Chinese actor who operates an Alibaba website in violation of 18 U.S.C. §1961 (1)(A) section 1512 and 1513 establishing a "pattern of racketeering" under 18 U.S.C. §1961 (5) by tampering or retaliating against a witness or informant.

Under 18 U.S.C. §1963 (K) the testimony of any witness, the Petitioner and his fiance, relating to the forfeiture of property by mitigation or remission petition may be ordered to be taken by deposition under Rule 15 Fed.R.Crim.P. Under 18 U.S.C. §1963 (4) a hearing must be held 30 days after filing. The threat of violence is a violation under 18 U.S.C. §1962, and §1961, the Defendants have an "enterprise" established to sell narcotics and defraud the American public. See U.S. v. Bledsoe (8th Cir 1982)

## JURISDICTION

Concerning jurisdiction and venue under 18 U.S.C. §1963 (s), "the district courts of the United States shall have jurisdiction to enter orders without regard to the location of any property or security." This Honorable Court also has jurisdiction under 18 U.S.C. §1965 (a-d), other civil remedies concerning venue and immunity of witnesses can be found under 18 U.S.C. §6001-6005, as well as 18 U.S.C. §§ 1963 and §§1964. See U.S. v Keltner (8th Cir 1998) or U.S. v. Wilson (E.D. Ark 1998)

## RELIEF

The Petitioner, a potential witness, has been threatened and, subsequently, the life of his fiance, Staci McGraw, could also be in danger as she has possession of the Petitioner's phone and personal effects at her home, 30 N. Badalona Dr. Hot Springs Village, AR 71909; 501-620-3450. Under 18 U.S.C. §1964 (c), any person injured by a Defendant under 18 U.S.C. §1961 (1)(A) or §1962 is due damages three fold the loss, A loss of life, or threatened loss of life, is irreplacable. Considering, the Petitioner has been injured by the Defendants violations of 18 U.S.C. §1961(1)(A) as he purchased a controlled substance the Defendants were "legally" dealing, according to the DEA website, the Petitioner was illegally convicted to 16 years imprisonment by the State of Arkansas, and was threatened by an actor of Alibaba Group for being a "whistleblower". See U.S. vs. Matlock (8th Cir. 1982) Double Jeopardy.

The Petitioner seeks compensatory and punitive damages in the amount of 10% of the Defendant's net worth. See 18 U.S.C. §1963(g)(3), not to exceed $500 Billion Dollars U.S. The Petitioner also seeks witness protection for himself and his fiance.

Under penalty of perjury, 18 U.S.C. §1963 (1)(3), the Petitioner declares the statements herein are true.

02/21/22

Respectfully Submitted,
Bradley C. Burchfield
3564 Albert Pike
Hot Springs, AR 71913

New Address
109 Goodgame St.
Camden, AR 71701

Bradley Burchfield #41347
109 Goodgame St.
Camden, AR 71701

LITTLE ROCK AR  720

25 FEB 2022   PM 4  L

★ USA ★ FOREVER ★

Legal
Mail

**This mail originated from a criminal justice facility.**

United States District Courthouse
Office of the Clerk
500 W. Capitol Ave,
Little Rock, AR 72201

Legal
Mail

72201-333499

Mailed 2/24/22