AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

| | | |
|---|---|---|
| Bradley Burchfield | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4: 26-cv-00611-DPM-JJV |
| Alibaba.com Singapore E-Commerce Pvt Ltd, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alibaba Group (U.S.) Inc.                                                                                                .

Date:    08/12/2026

/s/ B. Robert Liu
*Attorney's signature*

B. Robert Liu, NY Bar: 5697552
*Printed name and bar number*

1 World Trade Center, Suite 8500
New York, NY 10007

*Address*

robert.liu@balancelawfirm.com
*E-mail address*

(212) 741-8080
*Telephone number*

(631) 490-4465
*FAX number*