**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM SINGAPORE E-<br>COMMERCE PRIVATE LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00611-DPM-JVV |

**DEFENDANT ALIBABA GROUP (U.S.) INC.'S MOTION**
**FOR LEAVE TO FILE MOTION TO DISMISS OUT OF TIME**

Pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, Defendant Alibaba

Group (U.S.) Inc. hereby seeks leave to file out of time its Motion to Dismiss Plaintiff's First

Amended Complaint. For the reasons stated in more detail in the accompanying Brief in Support

("Brief"), the Court should grant this motion and allow Alibaba Group (U.S.) Inc. to file out of

time the proposed motion to dismiss (and proposed Brief in Support) that are attached collectively

to the Brief as Exhibit 1.

In accordance with Local Rule 6.2(b), Alibaba Group (U.S.) Inc.'s counsel asked Plaintiff

to consent to the relief sought in this motion, but he opposes that relief.

Dated: August 13, 2026

Respectfully submitted,

McDANIEL WOLFF, PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
McDaniel Wolff, PLLC
1307 West 4th Street
Little Rock, AR  72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group
Holding Limited; Alibaba.com US E-
Commerce Corp.; Alibaba.com U.S. LLC;
AUS Merchant Services, Inc.; and Alibaba
Group (U.S.) Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2026, I electronically filed the foregoing Motion (with Brief in Support and exhibits) with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing Motion (with Brief in Support and exhibits) via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217


/s/ B. Robert Liu
B. Robert Liu (NY Bar: 5697552)

3