**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

BRADLEY BURCHFIELD,

      Plaintiff,

      v.

ALIBABA.COM SINGAPORE E-
COMMERCE PRIVATE LIMITED, *et al.*,

      Defendants.

No. 4:26-cv-00611-DPM-JJV

## DEFENDANT ALIBABA.COM U.S. LLC's RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Alibaba.com U.S. LLC hereby

discloses that: (a) Alibaba Group Holding Limited ("AGHL") is the ultimate parent corporation of

Alibaba.com U.S. LLC; and (b) AGHL (a publicly held corporation) indirectly owns 10% or more

of the stock of Alibaba.com U.S. LLC.

Dated: August 14, 2026

Respectfully submitted,

MCDANIEL WOLFF, PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
1307 West 4th Street
Little Rock, AR  72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar No. 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group
Holding Limited, Alibaba.com US E-
Commerce Corp., Alibaba.com U.S. LLC,
and AUS Merchant Services, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2026, I electronically filed the foregoing Disclosure Statement with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing Disclosure Statement via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

<u>/s/ Bart Calhoun</u>
Brittany D. Webb, Ark. Bar No. 2011221