FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 18 2026

TAMMY H. DOWNS, CLERK
By: DEP CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY BURCHFIELD,**
Plaintiff,

v.

ALIBABA.COM SINGAPORE E-COMMERCE
**PRIVATE LIMITED, et al.,**
Defendants.

**Case No.**
**4:26-cv-00611-DPM-JJV**

## PLAINTIFF'S NOTICE REGARDING INTERNATIONAL MAILINGS, HAGUE-CONVENTION SERVICE, AND NEED FOR LIMITED ENTITY-AND-ADDRESS DISCOVERY

Plaintiff Bradley Burchfield, appearing pro se, gives notice of international mailings made to addresses associated with certain foreign defendants. Plaintiff does not ask the Court to treat those mailings, standing alone, as perfected service of process. The mailings are offered to document diligence and to test whether names and addresses identified from the records then available corresponded to operational destinations. This Notice also explains why limited entity-and-address discovery is needed before Plaintiff can amend any misnomers and complete treaty-compliant service. No relief is requested through this Notice.

### I. INTERNATIONAL MAILINGS AND TRACKING RECORD

1. On July 24, 2026, Plaintiff caused five USPS First-Class Package International mailings to be sent to foreign destinations associated with five named entities. Plaintiff intended the mailings to provide notice of this action and to determine whether the identified destinations were operational while the exact legal names, corporate affiliations, and service addresses were being investigated. The USPS address and transaction records are submitted as Exhibit 1.

2. Alibaba.com Singapore E-Commerce Pte. Limited a/k/a Alibaba.com Singapore E-Commerce Private Limited was addressed at 51 Bras Basah Road, #01-21, Lazada One, Singapore 189554. USPS tracking number LS018355534US showed the item in transit after departing a transfer airport in Chicago, Illinois, on August 17, 2026. The tracking record is submitted as Exhibit 2.

3. AliExpress E-Commerce One Pte. Ltd. was addressed to the Legal Department, care of Alibaba Group Holding Ltd., 26/F Tower One, Times Square, Hong Kong SAR. USPS tracking number LS018355327US showed the item processed through a facility in China on August 6, 2026, and in transit. The tracking record is submitted as Exhibit 3.

4. Shaanxi Bloom Tech Co., Ltd. was addressed to the Legal Department at Room 629, 6th Floor, Ruyi Building, No. 28 Liangjiapailou, Xi'an, Shaanxi 710002, People's Republic of China. USPS tracking number LS018355256US showed the item at a USPS facility in Memphis, Tennessee, on August 5, 2026. The tracking record is submitted as Exhibit 4.

5. Zhishang New Materials (Shandong) Co., Ltd. was addressed to the Legal Department at Room 1001, Building 1, Hisense Intelligence Valley, Jinan, Shandong 250100, People's Republic of China. USPS tracking number LS018355389US reported delivery in China on August 15, 2026. The tracking record is submitted as Exhibit 5.

6. Zichang New Materials (Shandong) Co., Ltd. was addressed to the Legal Department at Room 907, Building 2, Xinyuan Xin Center, No. 3 Huaxin Road, Licheng District, Jinan, Shandong 250100, People's Republic of China. USPS tracking number LS018355168US showed the item processed through a facility in China on August 16, 2026, and in transit. The tracking record is submitted as Exhibit 6.

7. The USPS entries document the destinations and carrier status only. Plaintiff does not rely on a carrier notation of physical delivery as a Hague certificate of service or as proof that formal service was completed.

## II. HAGUE-CONVENTION SERVICE

8. Rule 4(h)(2) directs that a foreign corporation served outside a United States judicial district be served by a method prescribed in Rule 4(f), except for the personal-delivery method excluded by Rule 4(h)(2). Rule 4(f)(1) recognizes internationally agreed means of service, including those authorized by the Hague Service Convention.

9. For the three destinations in mainland China, Plaintiff concedes that the July 24 USPS mailings, even if physically delivered, do not by themselves perfect service. The People's Republic of China has objected to the methods of transmission in Article 10 of the Hague Service Convention, including postal channels under Article 10(a). Plaintiff therefore will not request default or any other adverse consequence based solely on those mailings. See HCCH, China—Declarations under Articles 8, 10, 15, and 16.

10. Service in mainland China is procedurally curable after the proper entity and service address are confirmed. The HCCH country profile for China's Central Authority states that a request under Article 5(1) requires all documents and evidence to be served to be written in Chinese or accompanied by a Chinese translation. Plaintiff can prepare Chinese translations of the summons, the operative complaint or any amended complaint authorized by the Court, and the other papers required for the service packet, and then transmit the request through an authorized Hague channel. See HCCH, China—Central Authority & Practical Information (last updated Jan. 15, 2026).

11. Singapore must be treated separately. Singapore has also objected to the methods of transmission in Article 10. Plaintiff therefore does not rely on the July 24 mailing to Singapore as completed service and will use a method permitted by Rule 4(f), Rule 4(h)(2), and Singapore's applicable Hague declarations once the entity and address are confirmed. Chinese translation is not asserted as a requirement for service in Singapore. See HCCH, Singapore—Declaration under Articles 8 and 10 (May 16, 2023).

12. The AliExpress mailing was addressed to Hong Kong SAR, not mainland China or Singapore. Hong Kong has separate Hague declarations. Those declarations restrict the channels in Article 10(b) and (c), do not state an objection to postal channels under Article 10(a), and require English for Central-Authority papers. See HCCH, China—Declarations Applicable to the Hong Kong SAR. Plaintiff does not ask the Court in this Notice to decide whether postal service could be authorized in Hong Kong under a different record or procedure, and Plaintiff does not rely on this particular mailing as perfected service.

13. Rule 4(m)'s ninety-day time limit does not apply to service in a foreign country under Rule 4(f) or Rule 4(h)(2). Plaintiff nevertheless intends to proceed diligently once the correct entities and destinations are identified.

## III. NEED FOR LIMITED ENTITY-AND-ADDRESS DISCOVERY

14. The Hague Service Convention applies when a judicial document must be transmitted abroad for service, but Article 1 states that it does not apply where the address of the person to be served is not known. That provision does not excuse compliance with Rule 4. It makes identification of the correct legal entity and a reliable service address a threshold factual issue.

15. The information presently available leaves material uncertainty about: (a) the defendants' exact legal names and any English transliterations or aliases; (b) their jurisdictions of organization and registration numbers; (c) their registered, principal, and operating addresses; (d) the identity of any officer or authorized recipient; (e) which entity operated or controlled the relevant seller accounts, transactions, Trade Assurance functions, or payment channels; and (f) the relationships among the named Alibaba entities, marketplace entities, and sellers.

16. Narrowly tailored discovery on those subjects is necessary to avoid directing translated Hague packets to a misnamed company, an affiliate that is not the intended defendant, or an obsolete or non-registered address. The attempted mailings help test the addresses, but carrier movement or delivery cannot establish the recipient's legal identity, registered-office status, agency, or authority to accept process. This Notice therefore supplements Plaintiff's pending request for limited jurisdictional, entity, agency, seller-verification, payment, and control discovery.

17. After the limited discovery clarifies the names, affiliations, and addresses, Plaintiff intends to seek any necessary amendment under Rules 15 and 21 and to complete service through the Hague Convention or another method authorized by Rule 4 and the Court. Plaintiff does not waive any authorized service method or any contention concerning actual notice; he states only that the July 24 mailings are not being offered, standing alone, as completed service.

Dated: August ___, 2026

Respectfully submitted,

/s/ Bradley Burchfield
**Bradley Burchfield, Pro Se**
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
Telephone: 479-223-0038
Email: burchfieldbradley123@gmail.com

## CERTIFICATE OF SERVICE

I certify that on August ___, 2026, I filed the foregoing through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record who are registered CM/ECF users. This certificate does not represent that the foreign defendants identified above have been served with process by CM/ECF or by the July 24 international mailings.

Respectfully submitted,

/s/ Bradley Burchfield
**Bradley Burchfield, Pro Se**
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
Telephone: 479-223-0038
Email: burchfieldbradley123@gmail.com

Fed/State. Foreign Service Mailing

Gmail

Burchfield Bradley <burchfieldbradley123@gmail.com>

## USPS - Click-N-Ship(R) Payment Confirmation

5 messages

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:16 PM
To: burchfieldbradley123@gmail.com

Order #: 019f958e-9026-7e40-903f-1ee179167e13

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f958e-9026-7e40-903f-1ee179167e13 |
| Placed on: | Jul 24, 2026<br>19:16:16 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

**Item Total**

First-Class Package International Service $32.05

LS018355168US

Shipped To:

Legal Department

Zichang New Materials (Shandong) Co., Ltd.

Room 907, Building 2, Xinyuan Xin Center

No. 3 Huaxin Road, Licheng District

Jinan Shandong 250100 CN

Subtotal: $32.05

Shipping: $0.00

Total: $32.05

**NEED HELP?**
If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**

Go to Click-N-Ship

Download **USPS Mobile®**

GET IT ON Google Play

Download on the App Store

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2026 USPS. All Rights Reserved.

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:28 PM
To: burchfieldbradley123@gmail.com

Order #: 019f9599-64a7-7bfb-9f4c-a75b239ee114

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f9599-64a7-7bfb-9f4c-a75b239ee114 |
| Placed on: | Jul 24, 2026<br>19:28:05 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

| **Item Total** | |
|---|---|
| First-Class Package International Service<br>LS018355256US<br>Shipped To:<br>LEGAL DEPARTMENT<br>Shaanxi Bloom Tech Co., Ltd.<br>Room 629, 6th Floor, Ruyi Building<br>No. 28 Liangjiapailou<br>Xi an Shaanxi 710002 CN | $32.05 |

[Quoted text hidden]
[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:35 PM
To: burchfieldbradley123@gmail.com

Order #: 019f959f-8515-723a-b9f5-691e7b625f83

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 498400958 |
| Order #: | 019f959f-8515-723a-b9f5-691e7b625f83 |
| Placed on: | Jul 24, 2026<br>19:34:47 PM UTC |
| Payment Method: | AMEX-5374 |
| Status: | PAID |
| Email: | burchfieldbradley123@gmail.com |

**ORDER SUMMARY**

| Item | Total |
|---|---|
| First-Class Package International Service<br>LS018355327US<br>Shipped To:<br>ATTENTION LEGAL DEPARTMENT<br>AliExpress E-Commerce One Pte. Ltd.<br>c/o Alibaba Group Holding Ltd., Legal Department<br>26/F Tower One, Times Square<br>Hong Kong Hong Kong SAR 999077 CN | $32.05 |

[Quoted text hidden]
[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:41 PM
To: burchfieldbradley123@gmail.com

Order #: 019f95a5-cc0d-7111-81dc-2f549285ef0f

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

Account #: 498400958

Order #: 019f95a5-cc0d-7111-81dc-2f549285ef0f

Placed on: Jul 24, 2026
19:41:38 PM UTC

Payment Method: AMEX-5374

Status: PAID

Email: burchfieldbradley123@gmail.com

**ORDER SUMMARY**

**Item Total**

First-Class Package International Service
LS018355389US
Shipped To:
LEGAL DEPARTMENT
Zhishang New Materials (Shandong) Co., Ltd. $32.05
Room 1001, Building 1
Hisense Intelligence Valley
Jinan Shandong 250100 CN

[Quoted text hidden]
[Quoted text hidden]

---

**noreply-ecns@usps.com** <noreply-ecns@usps.com> Fri, Jul 24, 2026 at 2:52 PM
To: burchfieldbradley123@gmail.com

Order #: 019f95af-4996-72cd-8120-0c1d3013d7d6

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

Account #: 498400958

Order #: 019f95af-4996-72cd-8120-0c1d3013d7d6

Placed on: Jul 24, 2026

19:52:00 PM UTC

Payment Method: AMEX-5374

Status: PAID

Email: burchfieldbradley123@gmail.com

**ORDER SUMMARY**

| Item | Total |
|---|---|
| First-Class Package International Service<br>LS018355534US<br>Shipped To:<br>Alibaba.com Singapore E-Commerce Pte. Limited a/k/a Alibaba.com Singapore E-Commerce Private Limited<br>51 Bras Basah Road, #01-21<br>Lazada One<br>SINGAPORE 189554 SG | $31.15 |

Subtotal: $31.15

Shipping: $0.00

Total: $31.15

**NEED HELP?**

If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**

Go to Click-N-Ship

FROM
BRADLEY BURCHFIELD
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Importer's Reference:
Importer's Contact:

Page 2 - Not Valid As Proof-of-Payment for US Postage

| Detailed description of contents | Qty | Net Weight | | Value | HS Tariff Number: | Origin Country | |
|---|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 0.60 | 1.00 | | US | SDR Value: 0.75 |
| | | | | | | | Insured Fee: 0.00 |
| | | | | | | | Postal Charges/Fees: 31.16 |
| Category of Items: Document | TOTAL | 0 | 0.60 | 1.00 | | | |

Exporter's reference: | Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
ALIBABA.COM SINGAPORE E-COM...
PRIVATE LIMITED
51 BRAS BASAH ROAD, #01-21
LAZADA ONE
SINGAPORE 189554
SINGAPORE

PAGE 2 - CUSTOMS DECLARATION
LS 018 356 534 US

Alibaba.com Singapore E-Commerce Pte. Limited
又名：Alibaba.com Singapore E-Commerce Private Limited
新加坡勿拉士峇沙路51号
Lazada One, #01-21
新加坡 189554

FROM
BRADLEY BURCHFIELD
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE

F
FIRST-CLASS PKG INTL SERVICE
U.S. POSTAGE PAID
Click-N-Ship
USPS Ship

| Detailed description of contents | Qty | Net Weight | | Value | HS Tariff Number: | Origin Country | |
|---|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 0.60 | 1.00 | | US | SDR Value: 0.75 |
| | | | | | | | Insured Fee: 0.00 |
| | | | | | | | Postal Charges/Fees: 31.16 |
| Category of Items: Document | TOTAL | 0 | 0.60 | 1.00 | | | |

Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Sender's Signature and Date: Bradley Burchfield
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
ALIBABA.COM SINGAPORE E-COM...
PRIVATE LIMITED
51 BRAS BASAH ROAD, #01-21
LAZADA ONE
SINGAPORE 189554
SINGAPORE

LS 018 356 534 US

FROM
BRADLEY BURCHFIELD
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Importer's Reference:
Importer's Contact:

Page 3 - Not Valid As Proof-of-Payment for US Postage

Office Of Exchange | Customs Stamp | Piece affix labels here when required
Postal Charges/Fees: 31.16
Category of Items: Document
Customs Duty:
Exporter's reference: | Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/04/2026
Declaration by ADDRESSEE: I have received the parcel described on this note
ADDRESSEE'S Signature and Date
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
ALIBABA.COM SINGAPORE E-COM...
PRIVATE LIMITED
51 BRAS BASAH ROAD, #01-21
LAZADA ONE
SINGAPORE 189554
SINGAPORE

PAGE 3 - DISPATCH NOTE
LS 018 356 534 US

FROM
BRADLEY BURCHFIELD
6420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing:
Importer's Reference:
Importer's Contact:

Page 2 - Not Valid As Proof-of-Payment for US Postage

| Detailed description of contents | Qty | Net Weight (lbs/oz) | | Value (US$) | HS Tariff Number: | Origin Country |
|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 1.20 | 1.00 | | US |
| Category of Items: Merchandise | TOTAL | 0 | 1.20 | 1.00 | | |

Insured Value:
SDR Value: 0.75
Insured Fee: 0.00
Postal Charges/Fees: 32.05

Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

AES/ITN/Exemption
30.37a
Invoice/License/Certificate No(s)
#
Sender's Signature and Date
Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery:
Return to Sender

TO
LEGAL DEPARTMENT
ZHISHANG NEW MATERIALS (SHANDO...
ROOM 1001, BUILDING 1
HISENSE INTELLIGENCE VALLEY NO...
JINAN 250100 SHANDONG
CHINA

PAGE 2 - CUSTOMS DECLARATION

LS 018 355 389 US

PS Form 2976-A, March 2016 ... Do not duplicate this form without USPS approval. ... This item may be opened officially.

Zhishang New Materials (Shandong) Co., Ltd.
中华人民共和国山东省济南市高新技术产业开发区
Phoeix路2116号
海信智慧谷1号楼1001室
邮政编码：250100

FROM
BRADLEY BURCHFIELD
6420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing:
Importer's Reference:
Importer's Contact:

F
FIRST-CLASS PKG INTL SERVICE
U.S. POSTAGE PAID
Click-N-Ship
USPS Ship

| Detailed description of contents | Qty | Net Weight (lbs/oz) | | Value (US$) | HS Tariff Number: | Origin Country |
|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 1.20 | 1.00 | | US |
| Category of Items: Merchandise | TOTAL | 0 | 1.20 | 1.00 | | |

Insured Value:
SDR Value: 0.75
Insured Fee: 0.00
Postal Charges/Fees: 32.05

Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

AES/ITN/Exemption
30.37a
Invoice/License/Certificate No(s)
#
Sender's Signature and Date
Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery:
Return to Sender

TO
LEGAL DEPARTMENT
ZHISHANG NEW MATERIALS (SHANDO...
ROOM 1001, BUILDING 1
HISENSE INTELLIGENCE VALLEY NO...
JINAN 250100 SHANDONG
CHINA

LS 018 355 389 US

PS Form 2976-A, March 2016 ... Do not duplicate this form without USPS approval. ... This item may be opened officially.

FROM
BRADLEY BURCHFIELD
6420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing:
Importer's Reference:
Importer's Contact:

Page 3 - Not Valid As Proof-of-Payment for US Postage

Office Of Exchange
Customs Stamp
Please affix labels here when required
Postal Charges/Fees: 32.05

Category of Items: Merchandise
Customs Duty
Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

AES/ITN/Exemption
30.37a
Invoice/License/Certificate No(s)
#
Sender's Signature and Date
Bradley Burchfield 07/24/2026
Declaration by ADDRESSEE: I have received the parcel described on this note
ADDRESSEE'S Signature and Date
Return to Sender Instructions in case of nondelivery:
Return to Sender

TO
LEGAL DEPARTMENT
ZHISHANG NEW MATERIALS (SHANDO...
ROOM 1001, BUILDING 1
HISENSE INTELLIGENCE VALLEY NO...
JINAN 250100 SHANDONG
CHINA

PAGE 3 - DISPATCH NOTE

LS 018 355 389 US

PS Form 2976-A, March 2016 ... Do not duplicate this form without USPS approval. ... This item may be opened officially.

FROM
BRADLEY BURCHFIELD
5420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing: [illegible]
Importer's Reference:
Importer's Contact:

Page 2 - Not Valid As Proof-of-Payment for US Postage

| Detailed description of contents | Qty | Net Weight (lb/oz) | | Value (US$) | HS Tariff Number: | Origin Country | Insured Value |
|---|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 1.30 | 1.00 | [illegible] | US | SDR Value: 0.75 / Insured Fee: 0.00 / Postal Charges/ Fees: 32.05 |
| Category of Items: Document | TOTAL | 0 | 1.30 | 1.00 | | | |

Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
I certify the particulars given in this customs declaration are correct. [illegible]
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
ATTENTION LEGAL DEPARTMENT
ALIEXPRESS E-COMMERCE ONE PTE...
C/O ALIBABA GROUP HOLDING LTD...
26/F TOWER ONE, TIMES SQUAR...
HONG KONG 999077 HONG KONG S...
CHINA

PAGE 2 - CUSTOMS DECLARATION
LS 018 355 327 US

AliExpress E-Commerce One Pte. Ltd.
转交： Alibaba Group Holding Limited 法务部
中国香港特别行政区铜锣湾
勿地臣街1号
时代广场一座26楼
邮政编码： 999077

FROM
BRADLEY BURCHFIELD
5420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing: [illegible]
Importer's Reference:
Importer's Contact:

F
FIRST-CLASS PKG INTL SERVICE
U.S. POSTAGE PAID
Click-N-Ship
USPS Ship

| Detailed description of contents | Qty | Net Weight (lb/oz) | | Value (US$) | HS Tariff Number: | Origin Country | Insured Value |
|---|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 1.30 | 1.00 | [illegible] | US | SDR Value: 0.75 / Insured Fee: 0.00 / Postal Charges/ Fees: 32.05 |
| Category of Items: Document | TOTAL | 0 | 1.30 | 1.00 | | | |

Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
I certify the particulars given in this customs declaration are correct. [illegible]
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
ATTENTION LEGAL DEPARTMENT
ALIEXPRESS E-COMMERCE ONE PTE...
C/O ALIBABA GROUP HOLDING LTD...
26/F TOWER ONE, TIMES SQUAR...
HONG KONG 999077 HONG KONG S...
CHINA

LS 018 355 327 US

FROM
BRADLEY BURCHFIELD
5420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing: [illegible]
Importer's Reference:
Importer's Contact:

Page 3 - Not Valid As Proof-of-Payment for US Postage

Office Of Exchange
Customs Stamp
Please affix labels here when required
Postal Charges/ Fees: 32.05
Category of Items: Document
Customs Duty
Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
I certify the particulars given in this customs declaration are correct. [illegible]
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Declaration by ADDRESSEE: I have received the parcel described on this note
ADDRESSEE'S Signature and Date
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
ATTENTION LEGAL DEPARTMENT
ALIEXPRESS E-COMMERCE ONE PTE...
C/O ALIBABA GROUP HOLDING LTD...
26/F TOWER ONE, TIMES SQUAR...
HONG KONG 999077 HONG KONG S...
CHINA

PAGE 3 - DISPATCH NOTE
LS 018 355 327 US

FROM
BRADLEY BURCHFIELD
5429 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing: 7/24/2026
Importer's Reference:
Importer's Contact:

Page 2 - Not Valid As Proof-of-Payment for US Postage

| Detailed description of contents | Qty | Net Weight | | Value (USD) | HS Tariff Number: | Origin Country | Insured Value |
|---|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 1.20 | 1.00 | [illegible] | US | SDR Value: 0.75 |
| | | | | | | | Insured Fee: 0.00 |
| | | | | | | | Postal Charges/Fees: 32.05 |
| Category of Items: Document | TOTAL | 0 | 1.20 | 1.00 | | | |

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
LEGAL DEPARTMENT
SHAANXI BLOOM TECH CO., LTD.
ROOM 629, 6TH FLOOR, RUYI BUILD...
NO. 28 LIANGJIAPAILOU LIANHU DIS...
XI AN 710002 SHAANXI
CHINA

PAGE 2 - CUSTOMS DECLARATION
LS 018 355 256 US

Shaanxi Bloom Tech Co., Ltd.
中华人民共和国陕西省西安市莲湖区
梁家牌楼28号
如意大厦6层629室
邮政编码：710002

FROM
BRADLEY BURCHFIELD
5429 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing: 7/24/2026
Importer's Reference:
Importer's Contact:

F
FIRST-CLASS PKG INT'L SERVICE
U.S. POSTAGE PAID
Click-N-Ship
USPS Ship

| Detailed description of contents | Qty | Net Weight | | Value (USD) | HS Tariff Number: | Origin Country | Insured Value: |
|---|---|---|---|---|---|---|---|
| LEGAL DOCUMENTS | 1 | 0 | 1.20 | 1.00 | [illegible] | US | SDR Value: 0.75 |
| | | | | | | | Insured Fee: 0.00 |
| | | | | | | | Postal Charges/Fees: 32.05 |
| Category of Items: Document | TOTAL | 0 | 1.20 | 1.00 | | | |

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
LEGAL DEPARTMENT
SHAANXI BLOOM TECH CO., LTD.
ROOM 629, 6TH FLOOR, RUYI BUILD...
NO. 28 LIANGJIAPAILOU LIANHU DIS...
XI AN 710002 SHAANXI
CHINA

LS 018 355 256 US

FROM
BRADLEY BURCHFIELD
5429 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Date of Mailing: 7/24/2026
Importer's Reference:
Importer's Contact:

Page 3 - Not Valid As Proof-of-Payment for US Postage

Office Of Exchange
Customs Stamp
Please affix labels here when required
Postal Charges/Fees: 32.05
Category of Items: Document
Customs Duty:

I certify the particulars given in this customs declaration are correct. This form does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Declaration by ADDRESSEE: I have received the parcel described on this note
ADDRESSEE'S Signature and Date
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
LEGAL DEPARTMENT
SHAANXI BLOOM TECH CO., LTD.
ROOM 629, 6TH FLOOR, RUYI BUILD...
NO. 28 LIANGJIAPAILOU LIANHU DIS...
XI AN 710002 SHAANXI
CHINA

PAGE 3 - DISPATCH NOTE
LS 018 355 256 US

FROM
BRADLEY BURCHFIELD
5420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Importer's Reference:
Importer's Contact:

Page 2 - Not Valid As Proof-of-Payment for US Postage

| Detailed description of contents | Qty | Net Weight (lb/oz) | | Value (US$) | HS Tariff Number | Origin Country |
|---|---|---|---|---|---|---|
| Legal Letter | 1 | 0 | 1.20 | 1.00 | | US |
| TOTAL | | 0 | 1.20 | 1.00 | | |

SDR Value: 0.75
Insured Fee: 0.00
Postal Charges/Fees: 32.05

Category of Items: Document
Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
LEGAL DEPARTMENT
ZICHANG NEW MATERIALS (SHANDON...
ROOM 907, BUILDING 2, XINYUAN X...
NO. 3 HUAXIN ROAD, LICHENG DIST...
JINAN 250100 SHANDONG
CHINA

PAGE 2 - CUSTOMS DECLARATION

LS 018 355 168 US

Zichang New Materials (Shandong) Co., Ltd.
中华人民共和国山东省济南市历城区
华信路3号鑫苑鑫中心
A2-907室
邮政编码：250100

FROM
BRADLEY BURCHFIELD
5420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Importer's Reference:
Importer's Contact:

F

FIRST-CLASS PKG INTL SERVICE
U.S. POSTAGE PAID
Click-N-Ship
USPS Ship

| Detailed description of contents | Qty | Net Weight (lb/oz) | | Value (US$) | HS Tariff Number | Origin Country |
|---|---|---|---|---|---|---|
| Legal Letter | 1 | 0 | 1.20 | 1.00 | | US |
| TOTAL | | 0 | 1.20 | 1.00 | | |

SDR Value: 0.75
Insured Fee: 0.00
Postal Charges/Fees: 32.05

Category of Items: Document
Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
LEGAL DEPARTMENT
ZICHANG NEW MATERIALS (SHANDON...
ROOM 907, BUILDING 2, XINYUAN X...
NO. 3 HUAXIN ROAD, LICHENG DIST...
JINAN 250100 SHANDONG
CHINA

LS 018 355 168 US

FROM
BRADLEY BURCHFIELD
5420 KAVANAUGH BLVD #7927
LITTLE ROCK AR 72201
UNITED STATES OF AMERICA

CP72-CUSTOMS DECLARATION
Origin Post: US POSTAL SERVICE
Importer's Reference:
Importer's Contact:

Page 3 - Not Valid As Proof-of-Payment for US Postage

Office Of Exchange
Customs Stamp
Please affix labels here when required
Postal Charges/Fees: 32.05
Category of Items: Document
Customs Duty
Exporter's reference: Exporter's contact:
Total Dimensions: L: 14.0 W: 10.0 H: 0.0
AES/ITN/Exemption: 30.37a
Invoice/License/Certificate No(s): #
Sender's Signature and Date: Bradley Burchfield 07/24/2026
Declaration by ADDRESSEE: I have received the parcel described on this note
ADDRESSEE'S Signature and Date
Return to Sender Instructions in case of nondelivery: Return to Sender

TO
LEGAL DEPARTMENT
ZICHANG NEW MATERIALS (SHANDON...
ROOM 907, BUILDING 2, XINYUAN X...
NO. 3 HUAXIN ROAD, LICHENG DIST...
JINAN 250100 SHANDONG
CHINA

PAGE 3 - DISPATCH NOTE

LS 018 355 168 US

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

Ali Express E-Commerce One

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

**Remove X**

# LS018355327US

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was processed through a facility in CHINA on August 6, 2026 at 9:40 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## International Transit

**Processed Through Facility**
CHINA
August 6, 2026 9:40 AM

**Departed**
UNITED STATES
August 5, 2026 4:51 PM

**Departed**
UNITED STATES
August 4, 2026 11:20 AM

**Departed**
UNITED STATES
August 3, 2026 8:31 PM

**Arrived**
UNITED STATES
August 3, 2026 3:44 PM

**Arrived at USPS Facility**
MIAMI FL INTERNATIONAL DISTRIBUTION CENTER
August 2, 2026 10:20 AM

**Processed Through USPS Facility**

MIAMI FL INTERNATIONAL
DISTRIBUTION CENTER
August 2, 2026 9:46 AM

**Arrived at USPS Facility**

MIAMI FL INTERNATIONAL
DISTRIBUTION CENTER
August 1, 2026 8:13 AM

**Arrived at USPS Facility**

MIAMI FL INTERNATIONAL
DISTRIBUTION CENTER
August 1, 2026 8:12 AM

**Arrived at USPS Facility**

MEMPHIS, TN 38114
July 25, 2026 12:59 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:34 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

FAQs >

Shaanxi Bloom Tech Co Ltd.

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove ✕**

**Tracking Number:**

# LS018355256US

**Copy** **Add to Informed Delivery**

## Latest Update

Your item arrived at our USPS facility in MEMPHIS, TN 38114 on August 5, 2026 at 7:39 pm. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## On the Way

**Arrived at USPS Facility**
MEMPHIS, TN 38114
August 5, 2026 7:39 PM

**Arrived at USPS Facility**
SHREVEPORT LA PACKAGE SORTING CENTER
August 4, 2026 2:50 PM

**Arrived at USPS Facility**
SHREVEPORT LA DISTRIBUTION CENTER
August 3, 2026 8:49 AM

**Arrived at USPS Facility**
SHREVEPORT LA PACKAGE SORTING CENTER
July 30, 2026 1:35 PM

**Arrived at USPS Facility**
DALLAS, TX 75211
July 28, 2026 9:42 PM

**In Transit to Next Facility**
July 28, 2026 8:15 PM

**In Transit to Next Facility**

July 28, 2026 5:00 PM

**Departed USPS Facility**

MEMPHIS, TN 38114
July 28, 2026 1:57 PM

**Departed USPS Facility**

MEMPHIS TN DISTRIBUTION CENTER
July 28, 2026 9:11 AM

**Arrived at USPS Facility**

MEMPHIS, TN 38114
July 25, 2026 1:00 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:28 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

Zhisheng New Materials (Shandong) Co. Ltd

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

**Remove ✕**

## LS018355389US

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was delivered in CHINA at 10:15 am on August 15, 2026.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered**
CHINA
August 15, 2026 10:15 AM

**Out for Delivery**
CHINA
August 15, 2026 8:29 AM

**Arrival at Post Office**
CHINA
August 15, 2026 7:37 AM

**Processed through Facility**
August 14, 2026 2:22 PM

**Customs Clearance Processing Complete**
CHINA
August 14, 2026 2:21 PM

**Customs Clearance**
CHINA
August 14, 2026 10:09 AM

**Processed Through Facility**
CHINA

August 10, 2026 10:14 AM

**Departed**

UNITED STATES
August 9, 2026 5:22 PM

**Departed**

UNITED STATES
August 8, 2026 11:27 AM

**Departed**

UNITED STATES
August 7, 2026 11:02 AM

**Arrived**

UNITED STATES
August 7, 2026 7:49 AM

**Processed Through USPS Facility**

CHICAGO IL INTERNATIONAL
DISTRIBUTION CENTER
August 6, 2026 1:51 PM

**Arrived at USPS Facility**

CHICAGO IL INTERNATIONAL
DISTRIBUTION CENTER
August 5, 2026 1:31 PM

**Arrived at USPS Facility**

CHICAGO IL INTERNATIONAL
DISTRIBUTION CENTER
August 5, 2026 1:31 PM

**Arrived at USPS Facility**

CHICAGO IL INTERNATIONAL
DISTRIBUTION CENTER
August 4, 2026 5:11 PM

**Departed USPS Facility**

CHICAGO IL DISTRIBUTION CENTER
August 4, 2026 4:25 PM

**Arrived at USPS Facility**

CHICAGO IL DISTRIBUTION CENTER
August 4, 2026 2:35 AM

**Arrived at USPS Facility**

MEMPHIS, TN 38114

July 25, 2026 12:59 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:41 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

Zidiang New Materials (Shandong) Co. Ltd

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove ×**

**Tracking Number:**

## LS018355168US

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was processed through a facility in CHINA on August 16, 2026 at 11:08 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### International Transit

**Processed Through Facility**
CHINA
August 16, 2026 11:08 AM

**Departed**
UNITED STATES
August 15, 2026 5:22 PM

**Departed**
UNITED STATES
August 14, 2026 11:55 AM

**Departed**
UNITED STATES
August 13, 2026 1:43 PM

**Arrived**
UNITED STATES
August 13, 2026 3:28 AM

**Processed Through USPS Facility**
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
August 12, 2026 1:47 PM

**Arrived at USPS Facility**

JAMAICA NY INTERNATIONAL
DISTRIBUTION CENTER
August 10, 2026 8:33 AM

**Arrived at USPS Facility**

HARRISBURG PA DISTRIBUTION
CENTER
August 5, 2026 12:57 AM

**Arrived at USPS Facility**

CHICAGO IL DISTRIBUTION CENTER
August 3, 2026 10:30 AM

**Arrived at USPS Facility**

MEMPHIS, TN 38114
July 25, 2026 1:00 PM

**Departed Post Office**

LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:15 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: TROPICAL STORM LALA IN HAWAII AND SEVERE WEATHER AND FLOODING IN THE UPPER MID...

# USPS Tracking®

Alibaba.com Singapore E-Commerce Pte Ltd

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

Remove ✕

## LS018355534US

**Copy** **Add to Informed Delivery**

### Latest Update

Your item departed a transfer airport in O'HARE, UNITED STATES on August 17, 2026 at 7:14 pm. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### International Transit

**Departed**
UNITED STATES
August 17, 2026 7:14 PM

**Arrived**
UNITED STATES
August 17, 2026 1:46 PM

**Processed Through USPS Facility**
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 17, 2026 5:27 AM

**Arrived at USPS Facility**
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 15, 2026 6:13 PM

**Arrived at USPS Facility**
CHICAGO IL INTERNATIONAL DISTRIBUTION CENTER
August 15, 2026 6:13 PM

**Departed Post Office**
LITTLE ROCK, AR 72202
July 24, 2026 6:16 PM

**USPS in possession of item**

LITTLE ROCK, AR 72202
July 24, 2026 3:54 PM

**Shipping Label Created**

LITTLE ROCK, AR 72201
July 24, 2026 2:52 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**