FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 20 2026
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

BRADLEY BURCHFIELD,

Case No. 4:26-cv-00611-DPM-JJV

Plaintiff,

v.

ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, et al.,

Defendants.

## PLAINTIFF'S MOTION TO REQUIRE CORRECTED AND SUPPLEMENTAL RULE 7.1 DISCLOSURES

Plaintiff Bradley Burchfield moves for a limited order requiring corrected and supplemental corporate-disclosure statements. Defendants filed statements at ECF Nos. 51-55 on August 14, 2026. The issue is completeness, not fraud: several statements identify only an ultimate parent, and the statement for Alibaba.com U.S. LLC does not identify the LLC's member and describes indirect ownership of the LLC's "stock."

The membership issue is now concrete. In the related diversity action, Burchfield v. Alibaba Group Holding Limited, No. 4:26-cv-00826-KGB, the removing defendants alleged that Alibaba.com U.S. LLC had one member - Alibaba.com US E-Commerce Corp. - when that state action began. Notice of Removal, ECF No. 1 paragraph 9. That allegation identifies an immediate legal owner omitted from ECF No. 53 here and warrants a direct clarification.

## REQUESTED RELIEF

**1.** Require Alibaba.com U.S. LLC, within fourteen days, to supplement ECF No. 53 by naming each of its present members and each member's entity type; stating whether Alibaba.com US E-Commerce Corp. is its sole member; and, if that answer differs from the allegation in related Case No. 4:26-cv-00826-KGB, identifying the effective date and nature of the change or explaining the difference.

**2.** Require Alibaba.com U.S. LLC to replace "stock" terminology with "membership interests" or otherwise state precisely what ownership interest ECF No. 53 describes; identify every immediate, intermediate, and ultimate corporate parent, including the admitted sole corporate member if it is a parent; and state unambiguously if no other responsive parent exists.

**3.** Require Alibaba Group (U.S.) Inc. and Alibaba.com US E-Commerce Corp. to supplement ECF Nos. 52 and 54 by identifying every direct and intermediate parent between each entity and Alibaba Group Holding Limited, or state that no such entity exists. Require AUS Merchant Services, Inc. to supplement ECF No. 55 by stating whether Ant Group Co., Ltd. is an intermediate parent or owner between Alipay (Hong Kong) Holding Limited and any ultimate owner.

**4.** Permit the responding parties to use a concise verified ownership chart and to seek appropriate sealing relief for genuinely confidential details. No merits, alter-ego, or broad corporate discovery is requested by this motion.

**5.** Clarify that this federal-question action does not presently invoke Rule 7.1(a)(2). Plaintiff therefore does not seek a diversity citizenship trace through the LLC's ownership chain in this case; he seeks the member and parent facts needed to make the filed disclosure accurate and unambiguous for recusal purposes.

This request does not seek leave for any defendant to answer, does not extend any answer or Rule 12 deadline, and does not waive Plaintiff's default-related positions. The accompanying memorandum supplies the facts and law, and a proposed order is filed separately in accordance with Local Rule 7.2.

Respectfully submitted,
Bradley Burchfield
/s/ Bradley Burchfield
Bradley Burchfield, Plaintiff pro se
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217
Telephone: (479) 223-0038
Email: burchfieldbradley123@gmail.com
Dated: August ~~19~~ 20, 2026

## CERTIFICATE OF SERVICE

I certify that on August ~~19~~ 20, 2026, I filed the foregoing with the Clerk of Court for placement on the docket. Registered counsel will receive notice through CM/ECF. I also sent a courtesy copy by email to bart@mcdanielwolff.com, bwebb@mcdanielwolff.com, gashcraft@mcdanielwolff.com, and robert.liu@balancelawfirm.com.

/s/ Bradley Burchfield
Bradley Burchfield