UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Case No. 4:26-cv-00611-DPM-JJV

# EXHIBIT A

## PRIOR ENTITY-NAME CORRECTION ORDER

ECF No. 9 in Burchfield v. Alibaba Group Holding Limited, No. 4:22-cv-00861-LPR. Offered only to show the prior procedural correction of the named business entity; not offered as an adjudication of corporate identity, alter ego, privity, jurisdiction, or liability.

Submitted by Plaintiff Bradley Burchfield, Pro Se

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRADLEY C. BURCHFIELD** **PLAINTIFF**

**v.** **Case No. 4:22-CV-861-LPR**

**ALIBABA GROUP HOLDING LIMITED, Alibaba, et al.** **DEFENDANTS**

**ORDER**

Mr. Burchfield's Motion to Amend his Complaint (Doc. 6) for the limited purpose of correcting the named business entity is GRANTED. The Clerk is directed to update the docket sheet by making the following changes: (1) "Alibaba.com Inc" should be renamed "Alibaba.com, LLC" and (2) "Alibaba Group Holding Limited" should be renamed "Alibaba Group (U.S.) Inc." The Clerk is also directed to reissue summonses for these Defendants and return them along with a copy of the file-marked Complaint to Mr. Burchfield for completion of service. For good cause shown in Doc. 5, time to serve the Defendants is extended; the new deadline is 90 days from the date of this Order.

IT IS SO ORDERED this 6th day of December 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Case No. 4:26-cv-00611-DPM-JJV

# EXHIBIT B

## ORIGINAL CUSTOMER-SERVICE COMPROMISE COMMUNICATIONS

Three original communications concerning Order No. 919060905010275 82. Offered only for exact-order notice, later review, record custody, entity identification, and the proportionality of discovery?not to prove liability, invalidity, or the amount of a disputed claim. See Fed. R. Evid. 408.

Submitted by Plaintiff Bradley Burchfield, Pro Se

Gmail

Burchfield Bradley <burchfieldbradley123@gmail.com>

## Solution for Trade Assurance Order 91906090501027582

**Alibaba Customer Service** <queryreply@service.alibaba.com> Thu, Jun 18, 2026 at 1:28 AM
To: burchfieldbradley123@gmail.com

Hi Bradley,

We have received your complaint regarding to this order 91906090501027582, please rest assured that this case been escalated to our senior team.

Since this order is over three years old, the logistics information can no longer be verified. Additionally, the platform has no record of you contacting customer service regarding this order.

However, we fully understand your concerns, to better assist you and enhance your purchasing experience on our platform, we will help you apply 500USD Alibaba credit (validity period is 90days from the date of issue) to settle this case. This credit can be applied to your future trade assurance order, including product and shipping costs, but please kindly note it cannot be applied to payment processing fees, taxes, or other additional services.
You may check the credit amount/validity in My Alibaba > Coupons and Credit.

Important note: All discounts (includes coupons & credit) can be combined used in your future trade assurance order as long as your order exceeds the minimum amount of USD 0.30.

Alibaba.com Credit cannot be used to settle the remaining balance of an order.

Please reply AGREE if you can accept this option.

Thank you for your kindly trust and patience with us.

Best Regard,
Alibaba Service Team

Gmail

Burchfield Bradley <burchfieldbradley123@gmail.com>

## Solution for Trade Assurance Order 91906090501027582

**Alibaba Customer Service** <queryreply@service.alibaba.com> Mon, Jun 22, 2026 at 1:18 AM
To: burchfieldbradley123@gmail.com

Hi Bradley,

We have received your complaint regarding to this order 91906090501027582, please rest assured that this case been escalated to our senior team.

We understand your concerns and the potential impact on you. If you confirm acceptance of USD 500 as the final settlement, we will offer you two refund options:

**Option 1: We will refund 500 USD Alibaba credit to your Alibaba account. ( It will take approximately 1-2 business days.)**

The validity period is 90days from the date of issue. This credit can be applied to your future trade assurance order, including product and shipping costs, but please kindly note it cannot be applied to payment processing fees, taxes, or other additional services.

You may check the credit amount/validity in My Alibaba > Coupons and Credit.
Important note: All discounts (includes coupons & credit) can be combined used in your future trade assurance order as long as your order exceeds the minimum amount of USD 0.30.

Alibaba.com Credit cannot be used to settle the remaining balance of an order.

OR

**Option 2: We will refund 500 USD to your bank account. ( It will take approximately 5-7 business days.)**

**You will need to provide the following cash bank account information and ensure that the account can receive foreign currency. Also, due to bank fees, the actual refund you receive will be less than 500 USD.**

Beneficiary Name:
Beneficiary Account Number
IBAN Code:
Routing Number (for U.S. Banks):
Sort Code (for UK Banks):
BSB Code (for Australian Banks):
Beneficiary Address:
Beneficiary Bank:
Beneficiary Bank Country:
Beneficiary Bank SWIFT Code (necessary) :
Intermediary Bank SWIFT Code (if applicable):
StreetName: (necessary, Maximum 70 characters)
BuildingNumber: (necessary, Maximum 16 characters)
PostalCode: (necessary, Maximum 16 characters)
TownName: (necessary, Maximum 35 characters)
CountrySubdivision: (necessary)

Please reply which option you prefer.

Thank you for your kindly trust and patience with us.

Best Regard,
Alibaba Service Team

----------------------------------------------------------------

发件人: [object Object]
发送时间: 19-06-2026 21:15
收件人: Alibaba Customer Service
主 题: Re: Solution for Trade Assurance Order 91906090501027582
[Quoted text hidden]

[Quoted text hidden]

Gmail

Burchfield Bradley <burchfieldbradley123@gmail.com>

---

**Solution for Trade Assurance Order 91906090501027582**

---

**Alibaba Customer Service** <queryreply@service.alibaba.com> Tue, Jul 7, 2026 at 8:23 AM
To: burchfieldbradley123@gmail.com

Hi Bradley,

We have received your complaint regarding to this order 91906090501027582, please rest assured that this case been escalated to our senior team.

We want to make sure if you agree to accept 500USD refund as the final solution to settle this case?

Thank you for your kindly trust and patience with us.

Best Regard,
Alibaba Service Team

> -----------------------------------------------------------------
> 发件人: [object Object]
> 发送时间: 04-07-2026 00:04
> 收件人: Alibaba Customer Service ;levinsc@sullcrom.com;samwilliamson@quinnemanuel.com
> 主 题: Re: Re: Solution for Trade Assurance Order 91906090501027582
> [Quoted text hidden]

[Quoted text hidden]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Case No. 4:26-cv-00611-DPM-JJV

# EXHIBIT C

## NOTICE REGARDING PREVIOUSLY FILED COMMUNICATION

ECF No. 13 in Case No. 4:26-cv-00827-LPR, styled ?Plaintiff?s Notice Regarding Previously Filed Ex Parte Communications.? Offered only to show prior disclosure and chronology; not offered to prove liability or the truth of disputed settlement content.

Submitted by Plaintiff Bradley Burchfield, Pro Se

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 18 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**BRADLEY BURCHFIELD,**
Plaintiff,

**Case No. 4:26-cv-00827-LPR**

v.

ALIBABA.COM SINGAPORE E-COMMERCE **PRIVATE LIMITED, et al.,**
Defendants.

**PLAINTIFF'S NOTICE REGARDING PREVIOUSLY FILED EX PARTE COMMUNICATIONS**

Plaintiff Bradley Burchfield, appearing pro se, gives notice of ex parte communications associated with certain foreign and domestic defendants regarding Order No. 91906090501027582 originally beginning in June of 2026 authorizing a $500 credit offer attached here as Exhibit 1 and redacted BCC addresses.

- The BCC contains the personal email of a federal agent that the Plaintiff identifies as "They/Them" as well as several large class action attorneys.
- "They/Them" had no knowledge of plaintiff's intentions or actions or any knowledge prior to or after the emails were sent.
- "They/Them" has not materially participated in any of Plaintiff's actions or lended any direction as to the civil case or pleadings. To the Plaintiffs knowledge "They/Them" has never opened the emails nor has "they/them" spoken to the Plaintiff directly about the contents of the emails.
- "They/Them" was unknowingly looped in the emails in case the defendant's and/or their associate's pattern of threatening emails turned into something more. Such as the filing of the plaintiff's immediate family in the public record.

- The Plaintiff will not under any circumstances identify "They/Them" even under seal or direction of this Honorable Court.

Dated: August 18, 2026

Respectfully submitted,
/s/ Bradley Burchfield
**Bradley Burchfield, Pro Se**
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
Telephone: 479-223-0038
Email: burchfieldbradley123@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I filed the foregoing through the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record who are registered CM/ECF users.

Respectfully submitted,
/s/ Bradley Burchfield
**Bradley Burchfield, Pro Se**
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217
Telephone: 479-223-0038
Email: burchfieldbradley123@gmail.com

Exhibit 1

Gmail

Burchfield Bradley <burchfieldbradley123@gmail.com>

**Solution for Trade Assurance Order 91906090501027582**

**Burchfield Bradley** <burchfieldbradley123@gmail.com> Fri, Jul 3, 2026 at 11:04 AM
To: Alibaba Customer Service <queryreply@service.alibaba.com>, levinsc@sullcrom.com, samwilliamson@quinnemanuel.com
Bcc: [redacted]

Happy Fourth of July!

Last email.

Sweet deal ya'll made with Feds. But I think I might have ruined your black panther party. Everyone is free in China just not in the United States it seems. Ain't that something. I mean there should be a "Right to Recovery" instead of jail sentences for citizens, if a corporation can get away with this on such a large scale. You do have the highest paid attorneys there are though. I never could afford an attorney and had to do it myself.

Now I do realize that your counsel for the NPA has not appeared in these federal and state cases in Arkansas but it does say in the NPA to address them for reasons outlined in the agreement or breach thereof, as best as I can understand it. So don't consider this service of process, unless you want to, but after service in state court you did respond through this channel. That's something the court clerk was upset about as you answered me and not the court. Well here we are, and yesterday I sent off notice to the U.S. District Court of Rhode Island to show them the cases and the precursors still available on the site and that particular supplier had been registered for 13 years which is outside that agreement you made between 2016-2024. So is the Small Claims case that's now been removed to civil circuit court as of yesterday. I'll be filing this amended complaint Monday morning to align with the NPAs which have also been submitted as exhibits yesterday. Just a professional courtesy as I did send out this information to the attorneys of record on the NPAs.

No, I don't agree to a $500 payment. Please see civil relief requested in state and federal court here in Arkansas. Lots of zeroes. Will be filing amended pleadings first thing Monday morning in both courts.

I sure would like to go into the rehabilitation and recovery business with ya'll. It would be a great civil accomplishment. Makes 6 times the amount of money that regular real estate does and considering the extent of NPA disclosures it would be great Public Relations and service to the citizens of the United States and Arkansas. I've got 4 good years of experience in the recovery field and I am looking for a job. I think insurance pays 15-30k a month per person for rehabilitation. I digress.

Per your last request below you will find the account you can deposit foreign currency to directly. All substantial offers would be considered.

Beneficiary Name: Homesite Financial Services LLC
Beneficiary Account Number: [redacted]5910
IBAN Code: N/A
Routing Number (for U.S. Banks): 026009593
Sort Code (for UK Banks): N/A
BSB Code (for Australian Banks): N/A
Beneficiary Address: 1560 E SOUTHLAKE BLVD SUITE 100-222, SOUTHLAKE, TX 76092
Beneficiary Bank: BANK OF AMERICA, N.A.
Beneficiary Bank Country: UNITED STATES
Beneficiary Bank SWIFT Code (necessary) : BOFAUS6S — for wires sent in foreign currency to Bank of America in the U.S.
Intermediary Bank SWIFT Code (if applicable):
StreetName: (necessary, Maximum 70 characters) : CALIFORNIA ST
BuildingNumber: (necessary, Maximum 16 characters) : 555
PostalCode: (necessary, Maximum 16 characters) : 94104
TownName: (necessary, Maximum 35 characters) : SAN FRANCISCO
CountrySubdivision: (necessary) : CA

For U.S. Dollar wires

Formatted bank address:

**Bank of America, N.A.**
**222 Broadway**
**New York, NY 10038**
**United States**
**SWIFT: BOFAUS3N**

I did speak with the bank so there shouldn't be a problem in foreign transfers.

Bradley Burchfield

479-223-0038
burchfieldbradley123@gmail.com
burchfieldbradley123@icloud.com
ID#2503103532

On Mon, Jun 22, 2026 at 1:18 AM Alibaba Customer Service <queryreply@service.alibaba.com> wrote:

> Hi Bradley,
>
> We have received your complaint regarding to this order 91906090501027582, please rest assured that this case been escalated to our senior team.
>
> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]

---

**9 attachments**

- **FINAL COPY_FIRST_AMENDED_FEDERAL_CIVIL_RICO_COMPLAINT_encrypted_.pdf**
  361K
- **MOTION_FOR_LEAVE_TO_FILE_FIRST_AMENDED_COMPLAINT_encrypted_.pdf**
  258K
- **PROPOSED_FIRST_AMENDED_STATE_COMPLAINT_PULASKI_CIRCUIT_BURCHFIELD.pdf**
  300K
- **DOC070226-07022026122951.pdf**
  2904K
- **DOC070226-07022026123117.pdf**
  4535K
- **DOC070226-07022026122515.pdf**
  3868K
- **AFQ59365-1648565087708.pdf**
  140K
- **Alibaba NPA.pdf**
  994K

**AUS Merchant Services NPA.pdf**
827K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Case No. 4:26-cv-00611-DPM-JJV

# EXHIBIT D

## ALIBABA ACCOUNT SCREENSHOT ADDENDUM

Complete set of 19 Plaintiff-supplied Alibaba-account and tracking screenshots. Images are preserved in filename order. They are scaled and, where necessary, divided into overlapping page segments solely for legibility. Unrelated order screens are not relied upon for the merits.

Submitted by Plaintiff Bradley Burchfield, Pro Se

**Exhibit D ? Image 1 of 19**

Screenshot_2-9-2026_113430_biz.alibaba.com.jpeg



**Exhibit D ? Image 2 of 19**

Screenshot_2-9-2026_113455_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 3 of 19**

Screenshot_2-9-2026_113539_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 4 of 19 ? Part 1 of 2**

Screenshot_2-9-2026_114315_biz.alibaba.com.jpeg

Alibaba.com

Home / My Alibaba / Order Management / Order details

## Order details

Order number: #91877258501027582 Copy Order Date: 2021-06-01 18:37:35 Download details

**Order closed**

The supplier has closed this order

### Product details

Sold by: Chat now

| Product name | Spec/Specs | Unit price | Quantity | Total |
|---|---|---|---|---|
|  factory N-Isopropylbenzylamine CAS 102-97-6 |  BETA Glass PLC | HKD 5,060.6967 /Kilograms | 2.00 | HKD 10,121.40 |

Product Description: it won't let me put 650 it's 2-30 and I put 30.

Product Quantity: **2.00** Total Price: **HKD 10,121.40**

**Note:** 400 W 29th Street, North Little Rock, AR 72114 PMB 204 1300 all I got i can buy a truck with motor for that much. but will pay extra if sells for that much.

**Production Monitoring & Inspection Services**

To help reduce risks in production delay and product conformity

Add services

### Shipment details

**Waiting for supplier to ship** Track shipment(s) >

| Shipping address | Shipping method | Incoterms and duties |
|---|---|---|
| Bradley Burchfield +1 8706174081, Burchfield Sales and Consulting LLC, 6834 Cantrell Road Suite 210 little rock Arkansas 72207, 4 mile corner, Arkansas, 72207, United States of America | Express | CPT ⓘ |

### Payment details

**Payment status**

Full payment (HKD 10,121.40)

No payment record yet

Payment history ···

**Summary**

| | |
|---|---|
| Item subtotal | HKD 10,121.40 |
| Shipping fee | - |
| **Subtotal** | **HKD 10,121.40** |
| **Total** ⓘ * | **HKD 10,121.40** |

* A payment processing fee may be charged upon completion of each payment depending on the method

### Supplier details

| Supplier | Contact name | Company phone number | Company email | Company address |
|---|---|---|---|---|
| - | Erica Wang | 13356665272 | zhishangchem@163.com | CN,Shandong,Jinan,Room A2-907, Xinyuanxin Center, Huaxin Road |
| Visit store | Chat now | | | |

### Alibaba.com order protection

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Money-back protection**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues. View details

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 4 of 19 ? Part 2 of 2**

Screenshot_2-9-2026_114315_biz.alibaba.com.jpeg

Alibaba.com order protection

**Secure payments**

Every payment you make on Alibaba com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Money-back protection**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

**Customer support**

Connect with online support, or access our continuously updated Help Center for inquiries. We're always ready to provide help View details

**Data privacy**

Your data privacy is protected across Alibaba com with built-in security View details

Only orders placed and paid through Alibaba com can enjoy free protection by Trade Assurance

Operation history | View contract

AliExpress 1688 com Tmall Taobao World Alipay Lazada Taobao Global

Onetouch Country Search Affiliate

Product ListingPolicy Intellectual Property Protection Privacy Policy Terms of Use User Information Legal Enquiry Guide Integrity Compliance

浙B2-20120091-4

Messages

**Exhibit D ? Image 5 of 19 ? Part 1 of 2**

Screenshot_2-9-2026_11449_biz.alibaba.com.jpeg

Alibaba.com

Home / My Alibaba / Order Management / Order details

## Order details

Order number: #91906090501027582 Copy    Order Date: 2021-06-01 20:55:47    Download details

**Order completed**

You have written a review for the order. You can view the review by clicking the button below.

This order is complete. If you did not confirm receipt, this is because orders are automatically displayed as 'complete'. Here are the automatic receipt confirmation rules: 15 days after shipment of the express, 30 days after shipment of air cargo, 60 days after shipment of land transportation, 60 days after shipment of sea freight, 60 days after shipment of post air parcel if no delivered information is get from the tracking system; and 30 days after shipping if no shipping method is get from the contract.

View review

### Product details

Sold by:    Chat now

| Product name | Spec/Specs | Unit price | Quantity | Total |
|---|---|---|---|---|
|  factory N-Isopropylbenzylamine CAS 102-97-6 |  - | USD 615.0000 /Kilograms | 1.00 | USD 615.00 |

Product Quantity: **1.00** Total Price: **USD 615.00**

**Production Monitoring & Inspection Services**

To help reduce risks in production delay and product conformity

Add services

### Shipment details

**Waiting for delivery confirmation**    Track shipment(s) >

| Shipping address | Shipping method | Incoterms and duties |
|---|---|---|
| Bradley Burchfield +1 8706174081, Burchfield Sales and Consulting LLC, 6834 Cantrell Road Suite 210 little rock Arkansas 72207, 4 mile corner, Arkansas, 72207, United States of America | Express | EXW ⓘ |

### Payment details

**Payment status**

Full payment (USD 715.00)

No payment record yet

Payment history    Download receipt

**Summary**

| | |
|---|---|
| Item subtotal | USD 615.00 |
| Shipping fee | USD 50.00 |
| Logistics insurance fee | USD 50.00 |
| **Subtotal** | USD 715.00 |
| **Total *** | **USD 715.00** |

* Amount shown excludes payment processing fee and payment method discounts View in payment history

### Supplier details

| Supplier | Contact name | Company phone number | Company email | Company address |
|---|---|---|---|---|
| - | sweety yin | - | sweety@sdzcchemical.com# (251799927)# | CN,Shandong,Jinan,Room A2-907, Xinyuanxin Center, Huaxin Road |
| Visit store | Chat now | | | |

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 5 of 19 ? Part 2 of 2**

Screenshot_2-9-2026_11449_biz.alibaba.com.jpeg

| Supplier | Contact name | Company phone number | Company email | Company address |
|---|---|---|---|---|
| - | sweety yin | - | sweety@sdzcchemical.com# (251799927)# | CN,Shandong,Jinan,Room A2-907, Xinyuanxin Center, Huaxin Road |
| Visit store | Chat now | | | |

**Alibaba.com order protection**

**Secure payments**
Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Money-back protection**
Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

**Customer support**
Connect with online support, or access our continuously updated Help Center for inquiries. We're always ready to provide help View details

**Data privacy**
Your data privacy is protected across Alibaba.com with built-in security View details

Only orders placed and paid through Alibaba.com can enjoy free protection by Trade Assurance

Operation history | Buy again | View contract

AliExpress 1688.com Tmall Taobao World Alipay Lazada Taobao Global
Onetouch Country Search Affiliate
Product Listing Policy Intellectual Property Protection Privacy Policy · Terms of Use User Information Legal Enquiry Guide Integrity Compliance
B2-20120091-4

Messages

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 6 of 19 ? Part 1 of 2**

Screenshot_2-9-2026_11462_biz.alibaba.com.jpeg

Alibaba.com

Home / My Alibaba / Order Management / Order details

## Order details

Order number: #94908646001027582 Copy Order Date: 2021-06-19 14:13:24 Download details

**Order closed**

The buyer has closed this order

### Product details

Sold by: Chat now

| Product name | Spec/Specs | Unit price | Quantity | Total |
|---|---|---|---|---|
| factory N-isopropylbenzylamine CAS 102-97-6 | - | HKD 4,078.6522 /Kilograms | 1,000.00 | HKD 4,078,652.20 |

Product Quantity: **1000.00** Total Price: **HKD 4,078,652.20**

**Note: shipping hadsnt been discussed**

**Production Monitoring & Inspection Services**

To help reduce risks in production delay and product conformity

Add services

### Shipment details

**Waiting for supplier to ship**

Track shipment(s) >

| Shipping address | Shipping method | Incoterms and duties |
|---|---|---|
| Bradley Burchfield +1 5012442677, north little rock, PO box 2213, No little rock, Arkansas, 72115-2213, United States of America | Air Parcel Post | DDP |

### Payment details

**Payment status**

Full payment (HKD 4,078,652.20)

No payment record yet

Payment history

**Summary**

| | |
|---|---|
| Item subtotal | HKD 4,078,652.20 |
| Shipping fee | 0 |
| **Subtotal** | HKD 4,078,652.20 |
| **Total** * | **HKD 4,078,652.20** |

* A payment processing fee may be charged upon completion of each payment depending on the method

### Supplier details

| Supplier | Contact name | Company phone number | Company email | Company address |
|---|---|---|---|---|
| - | Erica Wang | 13356665272 | zhishangchem@163.com | CN,Shandong,Jinan,Room A2-907, Xinyuanxin Center, Huaxin Road |
| Visit store | Chat now | | | |

Operation history View contract

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically Onetouch | Country Search | Affiliate

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 6 of 19 ? Part 2 of 2**

Screenshot_2-9-2026_11462_biz.alibaba.com.jpeg

AliExpress 1688.com Tmall Taobao World Alipay Lazada Taobao Global

Onetouch Country Search Affiliate

Product Listing Policy Intellectual Property Protection Privacy Policy Terms of Use User Information Legal Enquiry Guide Integrity Compliance

B2-20120091-4

Messages

**Exhibit D ? Image 7 of 19 ? Part 1 of 2**

Screenshot_2-9-2026_114719_biz.alibaba.com.jpeg

Alibaba.com

Home / My Alibaba / Order Management / Order details

## Order details

Order number: #918772585010275582 Copy Order Date: 2021-06-01 18:37:35 Download details

### Order closed

The supplier has closed this order.

### Product details

Sold by: Chat now

| Product name | Spec/Specs | Unit price | Quantity | Total |
|---|---|---|---|---|
|  factory N-Isopropylbenzylamine CAS 102-97-6 |  BETA Glass PLC<br>Product Description: it won't let me put 650 it's 2-30 and I put 30. | HKD 5,060.8967 /Kilograms | 2.00 | HKD 10,121.40 |

Product Quantity: **2.00** Total Price: **HKD 10,121.40**

**Note:** 400 W 29th Street, North Little Rock, AR 72114 PMB 204 1300 all I got I can buy a truck with motor for that much. but will pay extra if sells for that much.

**Production Monitoring & Inspection Services**

To help reduce risks in production delay and product conformity

Add services

### Shipment details

**Waiting for supplier to ship**

Track shipment(s) >

| Shipping address | Shipping method | Incoterms and duties |
|---|---|---|
| Bradley Burchfield +1 8706174081, Burchfield Sales and Consulting LLC, 6834 Cantrell Road Suite 210 little rock Arkansas 72207, 4 mile corner, Arkansas, 72207, United States of America | Express | CPT ⓘ |

### Payment details

**Payment status**

Full payment (HKD 10,121.40)

No payment record yet

Payment history ···

**Summary**

| | |
|---|---|
| Item subtotal | HKD 10,121.40 |
| Shipping fee | - |
| **Subtotal** | HKD 10,121.40 |
| **Total** ⓘ * | **HKD 10,121.40** |

* A payment processing fee may be charged upon completion of each payment depending on the method

### Supplier details

| Supplier | Contact name | Company phone number | Company email | Company address |
|---|---|---|---|---|
| -<br>Visit store | Erica Wang<br>Chat now | 13356665272 | zhishangchem@163.com | CN,Shandong,Jinan,Room A2-907, Xinyuanxin Center, Huaxin Road |

### Alibaba.com order protection

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Money-back protection**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues View details

Customer support

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 7 of 19 ? Part 2 of 2**

Screenshot_2-9-2026_114719_biz.alibaba.com.jpeg

**Secure payments**

Every payment you make on Alibaba.com is secured with strict SSL encryption and PCI DSS data protection protocols View details

**Money-back protection**

Claim a refund if your order doesn't ship, is missing, or arrives with product issues. View details

**Customer support**

Connect with online support, or access our continuously updated Help Center for inquiries. We're always ready to provide help View details

**Data privacy**

Your data privacy is protected across Alibaba.com with built-in security View details

Only orders placed and paid through Alibaba.com can enjoy free protection by **Trade Assurance**

Operation history | View contract

AliExpress 1688.com Tmall Taobao World Alipay Lazada Taobao Global

Onetouch Country Search Affiliate

Product Listing Policy Intellectual Property Protection Privacy Policy Terms of Use User Information Legal Enquiry Guide Integrity Compliance

B2-20120091-4

Messages

**Exhibit D ? Image 8 of 19**

Screenshot_2-9-2026_114920_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 9 of 19**

Screenshot_2-9-2026_115024_biz.alibaba.com.jpeg


Alibaba.com My Alibaba
Deliver to HK English-HKD Start selling
Orders
All orders
Refunds & after sales
Reviews
Coupons & credit
Tax information

Order closed
View order details
Thermal Bags Hot Box Insulated Food Delivery Bag For Uber Eats Deliveroo heavy duty cooler box motorcycle bike bag
Black x 100 items

Order #102855219001027582 Order date Aug 04 2021 PDT Total USD 120.00
Sold by Hebei Yuye New Material Technology Co., Ltd Chat now

Order closed
View order details
big crystal pink color N-Benzylisopropylamine CAS 102 97-6
No variation x 100 items

Order #94908646001027582 Order date Jun 19 2021, PDT Total USD 516000.00
Sold by Zichang New Materials (shandong) Co., Ltd Chat now

Order closed
View order details
factory N-Isopropylbenzylamine CAS 102-97-6
No variation x 1000 items

Order #95104847001027582 Order date Jun 18 2021 PDT Total USD 2796
Sold by Shenzhen Lianxinrui Technology Co., Ltd Chat now

Order closed
View order details
Sterilizer germicidal deep uvc led 254nm 300nm 310nm 265NM 275nm 280nm 0.5w 1w 6868 3535 Uvc Led Chip
No variation x 2 items

82 items ‹ 1 2 3 4 5 6 7 8 9 ›
Messages

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 10 of 19**

Screenshot_2-9-2026_115046_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 11 of 19**

Screenshot_2-9-2026_11504_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 12 of 19**

Screenshot_2-9-2026_115127_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 13 of 19**

Screenshot_2-9-2026_115143_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 14 of 19**

Screenshot_2-9-2026_11514_biz.alibaba.com.jpeg



**Exhibit D ? Image 15 of 19**

Screenshot_2-9-2026_115216_biz.alibaba.com.jpeg



**Exhibit D ? Image 16 of 19**

Screenshot_2-9-2026_115232_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 17 of 19**

Screenshot_2-9-2026_115251_biz.alibaba.com.jpeg




Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 18 of 19**

Screenshot_2-9-2026_115727_message.alibaba.com.jpeg

Zhishang Chemical

**sdzichang** 2021-10-12

[Read] I sent you a msg. Ther...

ZICHANG 紫昌化工

**sweety yin** 2021-10-12

Erica Wang has been as..



**Exhibit D ? Image 19 of 19 ? Part 1 of 3**

Screenshot_2-9-2026_1299_www.17track.net.jpeg

## Global logistics inquiry platform

**Supports queries for 3,500+ carriers and 190+ airlines worldwide**

Enter one tracking number per line, and a maximum of 40 tracking numbers are allowed

Supports air service inquiries, format: 123-12345678

Carriers (By default)

Inquiry

Query history: LY634[illegible]CN

## 3,500+ carriers, one-stop integration

Choose high-quality logistics providers to improve parcel tracking and enhance the user shopping experience.

Shopee FedEx uda ups DHL YunExpress Royal Mail CAINIAO Posteitaliane ANWEN LA POSTE

View all carriers >>

## Multi-scenario solutions

### Shopify App

Built for Shopify

A tracking app designed specifically for Shopify sellers to effectively reduce logistics-related complaints, enhance the consumer logistics experience, and create more repeat purchase opportunities.

Start using the >> for free





### API Service - Logistics Information Subscription Push Interface

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 19 of 19 ? Part 2 of 3**

Screenshot_2-9-2026_1299_www.17track.net.jpeg



### API Service - Logistics Information Subscription Push Interface

Supports 3,500+ global carriers, helping major logistics providers, e-commerce platforms, independent sites, software service providers, and financial payment platforms reduce logistics information processing costs, facilitate their integration into business systems, and improve customer service quality.

Apply for free now>>

### Check the app Free of charge

A free query app currently used by 15 million users. Automatically track packages and push logistics information, helping you stay informed about your package anytime, anywhere.

App Store | Google Play | Android PKG




## Making global parcel tracking more convenient

Upgrading the shopping experience for consumers to better support global business for cross-border professionals

**Provide high-quality queries**

Automatically identifies over 80% of carriers, tracks logistics information throughout the process, provides clear and standardized trajectory status nodes, and provides complete and accurate trajectory information, with a query accuracy rate of 99.9%.

**Multi-platform synchronization**

Offers a wide range of query products and services, enabling multi-terminal data synchronization to meet different scenario needs. Supports queries on 17TRACK's own platforms such as the official website, mobile app, and mini program.

**3,500+ carriers**

We have partnered with 3,500+ logistics providers, with carriers covering the globe. If you need to track more carrier packages, please contact customer service, and we will do our best to support the carriers you need.

**Automation solutions**

Providing users with automated solutions to improve efficiency. For example, automatic carrier recognition, automatic parcel tracking, and automatic push of logistics information (no need for repeated query calls), etc.

**24/7 customer service**

We have a professional customer service team dedicated to quickly resolving issues for users and providing 24/7 online service.

**Compliance with the General Data Protection Regulation**

Establish long-term partnerships with e-commerce platforms and logistics providers, obtain data through proper means, comply with the General Data Protection Regulation, and safeguard data and privacy.

## 3,500+ carrier choices, connecting tens of millions of users

17TRACK is a one-stop parcel tracking platform supporting 3,500+ carrier parcel inquiries, making it the global most popular search brand.

| 3500+ | 15 million+ | 12 billion+ | 220+ | 33+ |
|---|---|---|---|---|
| Partner carriers | Number of registered users | Cumulative order quantity | Covered countries | Supported languages |

Plaintiff-supplied image; no content alteration. Page segmentation and scaling only.

**Exhibit D ? Image 19 of 19 ? Part 3 of 3**

Screenshot_2-9-2026_1299_www.17track.net.jpeg

3500+
Partner carriers

15 million+
Number of registered users

12 billion+
Cumulative order quantity

220+
Covered countries

33+
Supported languages

Due to policy changes, USPS query requests are restricted. Check the guide to unlock more inquiries. Learn more>

17TRACK Order Tracking 17RETURNS API Carriers Resources Price ● Chinese S... Log In Register Shopify app

## Apply for free now

One-stop cross-border logistics tracking solution.

Register >>

**ABOUT**

- About us
- License agreement
- Privacy policy
- Copyright Notice
- DPA

**USER GUIDE**

- Operating instructions
- Package condition
- Query status
- Mailing knowledge
- Tracking packages
- Brand

**HELP**

- Contact us
- Help Center
- Feedback
- Donation
- Partners

**17 WHO WE ARE**

We have been working hard to optimize core technologies...... We are committed to providing global users with one-stop international logistics parcel tracking services, building a professional, accurate, and intelligent cross-border logistics integrated platform!

© Copyright 2011-2026 17TRACK All Rights Reserved Yue ICP No. 11015089