AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

Bradley Burchfield

*Plaintiff*

v.

Alibaba.com Singapore E-Commerce Private Limited, et al.

*Defendant*

) Case No. 4:26-cv-00611-DPM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AliExpress E-Commerce One Pte. Ltd.

.

Date: September 10, 2026

Brittany D. Webb, Ark. Bar No 2023139
*Attorney's printed name and bar number*

1307 W. 4th Street, Little Rock, AR 72201
*Address*

bwebb@mcdanielwolff.com
*E-mail address*

501-954-8000
*Telephone number*

866-419-1601
*FAX number*