# EXHIBIT 1

# DECLARATION OF XINGJIAN ZHAO

I, Xingjian Zhao, declare as follows:

1. I am Legal Counsel for AliExpress E-Commerce One Pte. Ltd. ("AliExpress E-Commerce"). I make this declaration based on personal knowledge and my review of corporate records in the regular course of my duties. I am over the age of eighteen and am authorized to make the statements set forth in this declaration. If called as a witness, I could and would competently testify to the statements set forth below.

2. AliExpress E-Commerce and I recently learned that, in a lawsuit captioned *Bradley Burchfield v. Alibaba Group Holding Limited, et al.*, Case No. 4:26-cv-00611-DPM-JJV that is pending in the United States District Court for the Eastern District of Arkansas ("the Lawsuit"), Plaintiff sent a Summons and the First Amended Complaint – by mail – to AliExpress at the address set forth below (I am quoting the mailing label on the envelope, so any errors or omissions are Plaintiff's, not mine; the ellipses below are not mine, they are on the mailing label):

> ATTENTION LEGAL DEPARTMENT
> ALIEXPRESS E-COMMERCE ONE PTE.
> C/O ALIBABA GROUP HOLDING LTD. . .
> 26/F TOWER ONE, TIMES SQUAR. . .
> HONG KONG 999077 HONG KONG S. . .
> CHINA

By contrast, the Summons that was included in the envelope shows the following address:

> ALIEXPRESS E-COMMERCE ONE PTE. LTD.
> c/o Alibaba Group Holding Ltd., Legal Department
> 26/F Tower One, Times Square
> 1 Matheson Street
> Causeway Bay, Hong Kong 9990777

Neither of the addresses quoted above are correct addresses for AliExpress E-Commerce.

3. AliExpress E-Commerce is (and has been since before the Lawsuit was commenced in 2026), a corporation incorporated under the laws of the Republic of Singapore ("Singapore") with

its principal place of business in Singapore. The address for AliExpress E-Commerce's principal place of business (*i.e.*, AliExpress E-Commerce's headquarters) is in Singapore, not in Hong Kong and not in the People's Republic of China.

4. AliExpress E-Commerce is a separate legal entity that maintains its own books and records, financial accounts, and governing body. AliExpress E-Commerce operates independently of, and is not the same company as Alibaba Group Holding Ltd.

5. AliExpress E-Commerce does not direct, target, or specifically tailor any of its business activities to or at the State of Arkansas.

6. AliExpress E-Commerce is not registered to do business in the State of Arkansas or anywhere else in the United States of America.

7. AliExpress E-Commerce has no office in the State of Arkansas or anywhere else in the United States of America.

8. AliExpress E-Commerce has no employee in the State of Arkansas or anywhere else in the United States of America.

9. In the course of my employment, I have become familiar with a website that is owned and operated by AliExpress E-Commerce – namely, AliExpress.com ("the AliExpress Platform") – and a website that is owned and operated by Alibaba.com Singapore E-Commerce Private Limited – namely, Alibaba.com ("the Alibaba.com Platform"). The AliExpress Platform and the Alibaba.com Platform have separate website addresses, and they are otherwise separate. A purchase transaction consummated via the AliExpress Platform is separate from – and not the same as – a purchase transaction consummated via the Alibaba.com Platform (and vice versa). For example, when a product is offered for sale by a third-party merchant via the AliExpress Platform,

that same product is not necessarily offered for sale by the same third-party merchant via the Alibaba.com Platform (and vice versa).

10. Based on my review of the First Amended Complaint ("FAC") filed by Plaintiff in the Lawsuit, Plaintiff's claims arise from a purchase transaction that Plaintiff's company – Burchfield Sales and Consulting LLC ("BSAC LLC") – allegedly consummated in June 2021 via the Alibaba.com Platform with a third-party merchant, Zichang New Materials (Shandong) Co. Ltd. ("Zichang"). I refer to that alleged transaction below as the "June 2021 Transaction."[1]

11. The FAC specifically admits that the June 2021 Transaction "was through Alibaba.com, not AliExpress.com." FAC ¶ 13. Based on that admission by Plaintiff, it is clear that AliExpress E-Commerce did not have any connection to, or involvement with, the June 2021 Transaction. For example, AliExpress E-Commerce does not own, operate, or control the Alibaba.com Platform and does not exercise any control over any products listed for sale, or actually sold, by third-party sellers via the Alibaba.com Platform. Therefore, AliExpress E-Commerce did not participate in or supervise the June 2021 Transaction.

12. AliExpress E-Commerce does not represent – and is not an agent for – any buyers or any sellers in any transactions where a buyer and a seller have made contact via the Alibaba.com Platform, so AliExpress E-Commerce was not an agent for Zichang in connection with the June 2021 Transaction.

13. AliExpress E-Commerce does not have any communications with users or members of the Alibaba.com Platform about transactions consummated via the Alibaba.com Platform, so Mr.

[1] For purposes of the statements set forth in this declaration, it does not matter whether the June 2021 Transaction was consummated by Plaintiff or by BSAC LLC as the purchaser. In other words, my statements in this declaration are true and correct regardless of whether that transaction was consummated by Plaintiff or by BSAC LLC.

Burchfield could not have communicated with AliExpress E-Commerce about the June 2021 Transaction or any product that Mr. Burchfield (or his company BSAC LLC) allegedly bought or tried to buy via the Alibaba.com Platform.

14. AliExpress E-Commerce does not send advertisements, marketing e-mails, or other messages – or control or have any input into the content of advertisements, marketing e-mails, or other messages – that may be sent or otherwise transmitted to potential buyers of products that sellers make available for purchase via the Alibaba.com Platform. Therefore, neither Mr. Burchfield nor his company BSAC LLC could have received: (a) any advertisements, marketing e-mails, or other messages from AliExpress E-Commerce related to the June 2021 Transaction; or (b) any advertisements, marketing e-mails, or messages sent by anybody else related to the June 2021 where AliExpress E-Commerce had any control over their content.

15. AliExpress E-Commerce does not introduce potential buyers to sellers for transactions that have been or may be consummated via the Alibaba.com Platform or otherwise play any role in creating any contacts between sellers and potential buyers for transactions that have been or may be consummated via the Alibaba.com Platform, so AliExpress E-Commerce could not have introduced Mr. Burchfield (or his company BSAC LLC) to Zichang with respect to the June 2021 Transaction or played any role in creating any contacts between Mr. Burchfield (or his company BSAC LLC) and Zichang related to the June 2021 Transaction.

16. AliExpress E-Commerce plays no role in the sale process involving a product offered for sale by a seller to a buyer via the Alibaba.com Platform, so AliExpress E-Commerce could not have played any role in the sale process for the June 2021 Transaction.

17. AliExpress E-Commerce plays no role in manufacturing any product offered for sale by a seller to a buyer via the Alibaba.com Platform, so AliExpress E-Commerce could not have played any role in manufacturing the product at issue in the June 2021 Transaction.

18. AliExpress E-Commerce plays no role in the shipping and distribution process for any product offered for sale by a seller to a buyer via the Alibaba.com Platform, so AliExpress E-Commerce could not have played any role in the shipping or distribution process for the June 2021 Transaction.

19. AliExpress E-Commerce does not take possession or control of, and does not take title to, products offered for sale via the Alibaba.com Platform, so AliExpress E-Commerce could not have taken possession or control of, and could not have taken title to, the product at issue in the June 2021 Transaction.

20. Zichang has never been an agent for AliExpress E-Commerce. AliExpress E-Commerce has never stated or done anything to suggest, or create the appearance, that Zichang is AliExpress E-Commerce's agent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of September, 2026.

Xingjian Zhao