AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

Bradley Burchfield
*Plaintiff*
v.
Alibaba.com Singapore E-Commerce Pvt Ltd, et al
*Defendant*

Case No. 4: 26-cv-00611-DPM-JJV

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AliExpress E-Commerce One Pte Ltd .

Date: 09/11/2026

/s/ B. Robert Liu
*Attorney's signature*

B. Robert Liu, NY Bar: 5697552
*Printed name and bar number*

1 World Trade Center, Suite 8500
New York, NY 10007
*Address*

robert.liu@balancelawfirm.com
*E-mail address*

(212) 741-8080
*Telephone number*

(631) 490-4465
*FAX number*