IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 01 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

BRADLEY BURCHFIELD, Plaintiff

v. Case No. 4:26-cv-00611-DPM-JJV

ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, et al., Defendants

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT A DECLARATION AND EXHIBITS AND FOR LIMITED FILING PROTECTION**

Plaintiff Bradley Burchfield moves under ECF 10, paragraph 4, and Federal Rule of Civil Procedure 5.2(d)–(e) for permission to submit his proposed declaration and Exhibits A–D in support of his opposition to ECF 88. The separately submitted brief supports both the opposition and this motion. The proposed evidence is being held pending authorization and is not attached to this motion.

1. The proposed materials provide the communications and subsequent clarifications relevant to defendants' assertion that Plaintiff sought disqualification to harass counsel or mislead the courts. The requested use is limited. Plaintiff does not offer the mere submission of a grievance, or a request for reconsideration, as a finding that counsel violated a rule.

2. Proposed Exhibit A contains the complete eighteen-page September 25, 2026 grievance reconsideration packet, including the September 24 declination letter, the August 24 counsel email, and the complete ten-page ECF 87 opposition. Proposed Exhibit B contains five pages of LexisNexis sales correspondence. Proposed Exhibit C contains four pages of grievance-related email correspondence. No LexisNexis person report is included.

3. Plaintiff requests permission to file Exhibit A, source pages 1–7, and Exhibit C, source pages 1–4, under provisional seal or another restriction selected by the Court, subject to any required permission for disclosure of disciplinary materials. The documents contain disciplinary communications bearing confidentiality notices and personal context unnecessary to public

adjudication of the sanctions request. Plaintiff requests directions concerning New York Judiciary Law § 90(10), without representing that an Arkansas federal order alone authorizes every otherwise restricted disclosure.

4. The request is limited to those pages, rather than all exhibits or this action. Exhibit A, pages 8–18, consists of the counsel email and ECF 87. Plaintiff does not seek to seal that existing public filing by attaching it to another document. The Court may use ECF 87 directly and exclude the duplicate copy if appropriate.

5. In addition to redactions already present in the supplied files, the proposed copies redact nonparty familial-location and health details on Exhibit A, page 2, and Exhibit C, pages 1 and 3. All source pages remain included, the added redactions are identified, and the original files are retained. These redactions remove unnecessary personal details rather than defendants' positions, dates, or the grievance disposition.

6. Plaintiff requests no merits submission concealed from opposing counsel. Any permitted filing and service should follow the Court's directions, provide counsel access as authorized, and maintain applicable protections. If further authorization is needed, Plaintiff requests permission to hold the affected pages while the Court considers the response on the existing record and any other permitted evidence.

WHEREFORE, Plaintiff requests leave to submit the proposed declaration and exhibits only through the procedure the Court authorizes; provisional protection for the identified pages; approval of the disclosed additional privacy redactions; and directions for any further permission, public version, lodging, or service. Alternatively, the Court may decide ECF 88 without the proposed evidence. Plaintiff will not treat this motion's filing as permission to file the exhibit packet.

Respectfully submitted,

Date: 10/1/26

Bradley Burchfield

Bradley Burchfield, Plaintiff pro se
5420 Kavanaugh Blvd. #7927
Little Rock, Arkansas 72217
479-223-0038
burchfieldbradley123@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on 10/1/26, I served a true and correct copy of Plaintiff's Motion for Leave to Submit a Declaration and Exhibits and for Limited Filing Protection by ~~United States First-Class Mail, postage prepaid, addressed to:~~ CM/ECF to:

Bart W. Calhoun, Brittany D. Webb, and Ginny Ashcraft
McDaniel Wolff PLLC
1307 West 4th Street
Little Rock, Arkansas 72201

B. Robert Liu
Balance Law Firm
1 World Trade Center, Suite 8500
New York, New York 10007

Bradley Burchfield

Bradley Burchfield