FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 3 2026

TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

4:26-cv-611-DPM-JJV

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Custodian of Records
300 S. Spring St., Ste 900
Little Rock, AR 72201

9590 9402 9767 5266 0310 26

2. Article Number (Transfer from service label)

9589 0710 5270 4350 2596 03

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
10/6/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Stamp: LITTLE ROCK MAIN OFFICE OCT 06 2026 LITTLE ROCK AR 72201]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

LITTLE ROCK AR 720
OCT 2026 PM 3 L

9590 9402 9767 5266 0310 26

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Bradley Burchfield
5420 Kavanaugh Blvd #7927
Little Rock, AR 72217