**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00611-DPM-JJV |

**SIX DEFENDANTS' RESPONSE TO**
**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT A**
**DECLARATION AND EXHIBITS AND FOR LIMITED FILING PROTECTION**

Without waiving any arguments or defenses asserted in their pending motions to dismiss, six defendants—Alibaba Group Holding Limited; Alibaba.com US E-Commerce Corp.; Alibaba.com U.S. LLC; AUS Merchant Services, Inc.; Alibaba Group (U.S.) Inc.; and AliExpress E-Commerce One Pte. Ltd. (collectively, "the Responding Defendants")—respond as follows to Plaintiff's Motion for Leave to Submit a Declaration and Exhibits and For Limited Filing Protection ("Plaintiff's Motion") (ECF No. 95) and Brief in Support ("Plaintiff's Brief") (ECF No. 96).[1]

Plaintiff's Motion and Plaintiff's Brief are directed at Defendants' Motion for Order for Plaintiff to Show Cause Why He Should Not Be Sanctioned ("Motion for Show Cause Order") (ECF No. 88) and attempt to defend Plaintiff's prior filings as not sanctionable. However, the

[1] As reflected in the docket entry, ECF No. 96 opposes Defendants' Motion for Order for Plaintiff to Show Cause Why He Should Not Be Sanctioned (ECF No. 88). ECF No. 96 does double duty; it also supports Plaintiff's Motion (ECF No. 95), though that is not entirely clear from the docket entry for ECF No. 96.

Court has not issued a show cause order. If the Court does issue a show cause order, Plaintiff will have the opportunity to present arguments and submit evidence to try to avoid being sanctioned—and then the Responding Defendants will have the opportunity to respond to his arguments and submissions. To avoid piece-meal briefing and briefing regarding issues that will not be ripe unless the Court issues a show cause order, the Responding Defendants decline, at this time, to address the various arguments and submissions in Plaintiff's Motion and Plaintiff's Brief. The lack of rebuttals at this time should not be construed as any admission or concession by the Responding Defendants regarding any statements or arguments asserted in Plaintiff's Motion and/or Plaintiff's Brief or any papers submitted by Plaintiff in those filings.

Finally, there is an inconsistency between Plaintiff's Motion and Plaintiff's Brief. The first paragraph of Plaintiff's Motion states that the "proposed evidence is being held pending authorization [by the Court] and is not attached to this motion." However, Plaintiff's Brief (filed after, and the same day as, Plaintiff's Motion) actually submitted that "proposed evidence" to the Court as attachments to Plaintiff's Brief, so Plaintiff did not hold the "evidence" pending authorization by the Court.

Dated: October 15, 2026

Respectfully submitted,

McDANIEL WOLFF PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
McDaniel Wolff PLLC
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited; Alibaba.com US E-Commerce Corp.; Alibaba.com U.S. LLC; AUS Merchant Services, Inc.; Alibaba Group (U.S.) Inc.; and AliExpress E-Commerce One Pte. Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ *Brittany D. Webb*___________
Brittany D. Webb, Ark. Bar No. 2023139