**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| BRADLEY BURCHFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, *et al.*,<br><br>Defendants. | No. 4:26-cv-00611-DPM-JJV |

**SIX DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY TO ECF NO. 91, TO ACCEPT LIMITED RESPONSE AS TIMELY OR OUT OF TIME, AND TO DISMISS ALIEXPRESS ALONE WITHOUT PREJUDICE**

Without waiving any arguments or defenses asserted in their pending motions to dismiss, six defendants—Alibaba Group Holding Limited; Alibaba.com US E-Commerce Corp.; Alibaba.com U.S. LLC; AUS Merchant Services, Inc.; Alibaba Group (U.S.) Inc.; and AliExpress E-Commerce One Pte. Ltd. ("AliExpress")—respond as follows to Plaintiff's Motion for Leave to File Limited Sur-Reply to ECF No. 91 [Alibaba.com US E-Commerce Corp.'s Reply in Support of Motion to Dismiss First Amended Complaint], to Accept Limited Response as Timely or Out of Time, and to Dismiss AliExpress Alone Without Prejudice ("Plaintiff's Motion") (ECF No. 97) and Brief in Support ("Plaintiff's Brief") (ECF No. 98). Five of those defendants (not including AliExpress) are collectively referred to below as "the Responding Defendants."

***First***, in response to Plaintiff's dismissal request, AliExpress asks that the Court dismiss all claims asserted against AliExpress, which would moot its Motion to Dismiss First Amended Complaint (ECF No. 81). The Responding Defendants do not object to the dismissal of AliExpress.

***Second***, Alibaba.com US E-Commerce Corp. states that there is no good reason for the Court to grant Plaintiff leave to file his sur-reply. Alibaba.com US E-Commerce Corp.'s Reply in Support of Motion to Dismiss First Amended Complaint did not present arguments that justify a sur-reply, and the already-submitted motion-to-dismiss briefing provides ample grounds for the Court to issue a ruling. If the Court grants Plaintiff leave to file his sur-reply, Alibaba.com US E-Commerce Corp. asks the Court to grant it leave to file a response to the sur-reply.

In conclusion, the Court should dismiss all claims asserted against AliExpress. In addition, the Court should deny Plaintiff's request for leave to file the sur-reply, or, if such leave is granted, it should also grant Alibaba.com US E-Commerce Corp. leave to file a response to the sur-reply.

Dated: October 15, 2026

Respectfully submitted,

McDANIEL WOLFF PLLC

Bart W. Calhoun, No. 2011221
Brittany D. Webb, No. 2023139
Ginny Ashcraft, No. 2023232
McDaniel Wolff PLLC
1307 West 4th Street
Little Rock, AR 72201
(501) 954-8000
bart@mcdanielwolff.com
bwebb@mcdanielwolff.com
gashcraft@mcdanielwolff.com

and

BALANCE LAW FIRM

B. Robert Liu (NY Bar: 5697552)
1 World Trade Center, Suite 8500
New York, NY 10007
(212) 741-8080
robert.liu@balancelawfirm.com

*Attorneys for Defendants Alibaba Group Holding Limited; Alibaba.com US E-Commerce Corp.; Alibaba.com U.S. LLC; AUS Merchant Services, Inc.; Alibaba Group (U.S.) Inc.; and AliExpress E-Commerce One Pte. Ltd.*

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that, because Plaintiff is proceeding *pro se* and is not a registered CM/ECF participant, I served a true and correct copy of the foregoing via United States First-Class Mail, postage prepaid, addressed to Plaintiff as follows:

Bradley Burchfield
5420 Kavanaugh Blvd. #7927
Little Rock, AR 72217

/s/ *Brittany D. Webb*__________
Brittany D. Webb, Ark. Bar No. 2023139