**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

BRADLEY BURCHFIELD PLAINTIFF

v. 4:26-cv-00611-DPM-JJV

ALIBABA.COM SINGAPORE
E-COMMERCE PTE LIMITED, *et al.* DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**PARTIAL RECOMMENDED DISPOSITION**

Plaintiff Bradley Burchfield has filed a Motion to Dismiss AliExpress Alone Without Prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2).[1] (Doc. No. 97.) Defendant AliExpress E-Commerce One Pte. Ltd. ("AliExpress") asks that Mr. Burchfield's request to dismiss his claims against it be granted, and the other Defendants who have appeared do not object. (Doc. Nos. 103 at 2, 106 at 1.)

IT IS, THEREFORE, RECOMMENDED that:

[1] Mr. Burchfield's Motion also seeks other relief not relevant or addressed here.

1. Mr. Burchfield's claims against AliExpress be DISMISSED without prejudice pursuant to Rule 41(a)(2), and AliExpress be dismissed as a party to this lawsuit.

2. AliExpress's Motion to Dismiss First Amended Complaint (Doc. No. 81) be DENIED as moot.

DATED this 13th day of November 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE