**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

BRADLEY BURCHFIELD PLAINTIFF

v. 4:26-cv-00611-DPM-JJV

ALIBABA.COM SINGAPORE
E-COMMERCE PTE LIMITED, *et al.* DEFENDANTS

**ORDER**

The Court makes the following rulings on the pending motions.

1. Plaintiff Bradley Burchfield's Motion to Compel Corporation Service Company to Produce Subpoenaed Records and Alternative Request for Limited Discovery Leave (Doc. No. 92) is DENIED as frivolous. As has already been made plain, Defendant Alibaba Group Holding Limited ("AGHL") no longer contests service of process. (Doc. Nos. 42 at 2, 64 at 1.) Mr. Burchfield's continued quest to obtain records related to service on AGHL is not well taken.

For the same reason, Mr. Burchfield's Motion for Leave to File a Limited Reply to Doc. No. 104 and to Submit Specified Supporting Materials (Doc. No. 107) and his Motion for Leave to Submit Declaration and Proposed Exhibits (Doc. No. 113) are also DENIED. Additionally, AGHL's Motion to Quash Plaintiff's Subpoena (Doc. No. 109) is GRANTED.

2. Mr. Burchfield's Motion for Leave to Submit a Declaration and Exhibits and for Limited Filing Protection (Doc. No. 95) is DENIED as premature. If Judge Marshall issues a show-cause order, Mr. Burchfield will have the opportunity to present evidence.

3. Mr. Burchfield's Motion for Leave to File Limited Surreply to Accept Limited Response as Timely or Out of Time and to Dismiss AliExpress Alone Without Prejudice (Doc. No. 97) is DENIED IN PART. The Court will enter proposed findings recommending that Mr. Burchfield's request to dismiss his claims against Defendant AliExpress E-Commerce One Pte.

Ltd. ("AliExpress") under Federal Rule of Civil Procedure 41(a)(2) be granted. All other relief requested in this Motion is denied.

The dismissal of AliExpress will moot Mr. Burchfield's Motion for Conditional Corrective Service Through Appearing Counsel and Limited Time to Cure (Doc. No. 114); accordingly, that Motion is DENIED. His Motion for Leave to File a Limited Reply (in support of Doc. No. 114) and to Submit a Short Declaration (Doc. No. 120) is also DENIED.

4. Mr. Burchfield's Motion for Additional Time for Foreign Service Leave to File Supporting Evidence and Limited Deferral of Dismissal Rulings (Doc. No. 99) is GRANTED IN PART and DENIED IN PART. He requests 240 days from the date of this Order to serve four foreign Defendants: Alibaba.com Singapore E-Commerce Pte. Limited, Zichang New Materials Co. Ltd., Zhishang New Materials Co. Ltd., and Shaanxi Bloom Tech. Co. Ltd. (*Id*. at 1.) Because the Amended Complaint has already been pending for more than 120 days, the Court will allow Mr. Burchfield an additional 120 days from the date of this Order to effect service. All other relief requested in this Motion is denied. Mr. Burchfield should identify and serve any foreign Doe Defendants in the same timeframe.

Mr. Burchfield's Motion to Correct Defendant Identifications and Addresses and to Reissue Summons (Doc. No. 117) is DENIED at this time because it is unclear what relief he is seeking. Mr. Burchfield may seek leave to further amend if and when he has finally determined the correct identities of all entities he wishes to include in this lawsuit. And he may present amended summonses under Federal Rule of Civil Procedure 4(a)(2) as needed. Otherwise, he need not file updates on his efforts to identify defendants or effect service.

5. Finally, the Court is working diligently to make findings and recommendations on Defendants' substantive Motions to Dismiss in this case and in Mr. Burchfield's two related

actions – which are necessary hurdles for Mr. Burchfield to overcome before his cases can continue. Mr. Burchfield is reminded that the filing of unnecessary motions will only further delay that process.

IT IS SO ORDERED this 13th day of November 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE